# EXHIBIT C

Movant's Purchases and Losses

Class Period: 03/01/2019 - 04/28/2023

Virtu Financial

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **City of Birmingham Retirement and Relief System** | 03/06/2023 | 2,800 | $18.50 | $51,791.04 | 03/15/2023 | 2,800 | $17.64 | $49,396.76 | |
| | 02/21/2023 | 3,100 | $19.90 | $61,695.89 | 03/15/2023 | 3,100 | $17.64 | $54,689.27 | |
| | 02/08/2023 | 3,100 | $19.43 | $60,242.92 | 03/15/2023 | 3,100 | $17.64 | $54,689.27 | |
| | 03/31/2021 | 200 | $31.13 | $6,226.54 | 06/25/2021 | 200 | $27.75 | $5,550.00 | |
| | 03/31/2021 | 1,220 | $31.13 | $37,981.89 | 07/20/2021 | 1,220 | $25.95 | $31,659.00 | |
| | 03/31/2021 | 1,508 | $31.13 | $46,948.11 | 09/09/2021 | 1,508 | $23.94 | $36,101.52 | |
| | 03/31/2021 | 2,693 | $31.13 | $83,840.36 | 01/19/2022 | 2,693 | $29.51 | $79,470.43 | |
| | 03/31/2021 | 1,071 | $31.13 | $33,343.12 | 04/19/2022 | 1,071 | $35.94 | $38,491.74 | |
| | 03/31/2021 | 3,323 | $31.13 | $103,453.96 | 12/21/2022 | 3,323 | $20.63 | $68,553.49 | |
| | 03/31/2021 | 23,423 | $31.13 | $729,221.23 | 03/15/2023 | 23,423 | $17.64 | $413,221.54 | |
| | 03/31/2021 | 8,800 | $31.13 | $273,967.76 | held | 8,800 | $17.80 | $156,683.17 | |
| | 06/26/2020 | 100 | $22.87 | $2,287.00 | 02/16/2021 | 100 | $29.13 | $2,913.00 | |
| | 06/26/2020 | 150 | $22.87 | $3,430.50 | held | 150 | $17.80 | $2,670.74 | |
| **Movant's Total** | | **51,488** | | **$1,494,430.33** | | **51,488** | | **$994,089.92** | **($500,340.41)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price
 during the 90 calendar days after the end of the class period.  The price used is $17.80 as of July 17, 2023 for common stock.

Prices listed are rounded to two decimal places.