UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

LINDSAY HIEBERT, Individually and on
Behalf of All Others Similarly Situated,

                   Plaintiff,

      vs.

VIRTU FINANCIAL, INC., DOUGLAS
CIFU, JOSEPH MOLLUSO, ALEX IOFFE,
and SEAN GALVIN,

                Defendants.

---------------------------------------------------------- x

    :    Civil Action No. 1:23-cv-03770-NGG-PK

    :

    :    <u>CLASS ACTION</u>

    :

    :    THE RETIREMENT SYSTEM'S REPLY IN
    :    FURTHER SUPPORT OF ITS MOTION
    :    FOR APPOINTMENT AS LEAD
    :    PLAINTIFF AND APPROVAL OF
    :    SELECTION OF LEAD COUNSEL

4857-2465-4198.v1

City of Birmingham Retirement and Relief System (the "Retirement System") respectfully submits this reply memorandum in further support of its motion for appointment as lead plaintiff (ECF 20).

Four motions were filed by class members seeking appointment as lead plaintiff and approval of counsel pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"): (1) the Retirement System; (2) Fred Farkash; (3) Bruce Gatward; and (4) Lindsay Hiebert. *See* ECF 15, 18, 20, 23.

On July 24, 2023, Gatward filed a notice of withdrawal, recognizing that he "does not appear to have the largest financial interest." ECF 24. On August 1, 2023, Hiebert and Farkash filed notices of non-opposition to competing motions. *See* ECF 25-26.

Based on information provided in the original submissions by these lead plaintiff movants, the Retirement System is the "most adequate plaintiff" within the meaning of the PSLRA, 15 U.S.C. §78u-4(a)(3)(B)(iii)(I). The Retirement System's loss of over $500,000 is more than eight times the losses claimed by the other lead plaintiff movants combined, and the Retirement System otherwise meets the "typicality" and "adequacy" requirements of Rule 23 of the Federal Rules of Civil Procedure.

And, while any opposition to the Retirement System's motion should have been filed no later than August 1, 2023, 14 days after service of the Retirement System's motion, no such opposition was filed. *See* Local Civil Rule 6.1(b)(2). Accordingly, because the Retirement System meets the PSLRA's lead plaintiff requirements, and its motion is unopposed, the Retirement System should be appointed as Lead Plaintiff and its selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel should be approved.

- 1 -

4857-2465-4198.v1

DATED:  August 8, 2023

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD


*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
JENNIFER N. CARINGAL
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

4857-2465-4198.v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on August 8, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
       & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

Email:  drosenfeld@rgrdlaw.com

4857-2465-4198.v1

# Mailing Information for a Case 1:23-cv-03770-NGG-PK Hiebert v. Virtu Financial, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Adam Apton**
  aapton@zlk.com

- **Jessica Sombat Carey**
  Jcarey@paulweiss.com,mao_fednational@paulweiss.com

- **Andrew Garry Gordon**
  agordon@paulweiss.com,mao_fednational@paulweiss.com

- **J. Alexander Hood**
  ahood@pomlaw.com,tprzybylowski@pomlaw.com,jlopiano@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw.com

- **Phillip Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,mtjohnston@pomlaw.com,ahood@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,2879289420@filings.docketbird.com,e_file_sd@rgrdlaw.com,drosenfeld@ecf.courtdrive.com

- **Daniel Shiah Sinnreich**
  dsinnreich@paulweiss.com,mao_fednational@paulweiss.com

- **Audra J. Soloway**
  asoloway@paulweiss.com,mao_fednational@paulweiss.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)