UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| LINDSAY HIEBERT, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:23-cv-03770-NGG-PK |
| | : | |
| | : | CLASS ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| VIRTU FINANCIAL, INC., DOUGLAS CIFU, JOSEPH MOLLUSO, ALEX IOFFE, and SEAN GALVIN, | : | |
| | : | |
| Defendants. | : | |

x

---

| | | |
|---|---|---|
| CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:23-cv-08123-JRC |
| | : | |
| | : | CLASS ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| VIRTU FINANCIAL, INC., DOUGLAS CIFU, JOSEPH MOLLUSO, ALEX IOFFE, and SEAN GALVIN, | : | |
| | : | |
| Defendants. | : | |

x

**NOTICE OF UNOPPOSED MOTION FOR CONSOLIDATION**

PLEASE TAKE NOTICE that proposed lead plaintiff, City of Birmingham Retirement and Relief System will move this Court, on a date and time as may be designated by the Court, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201, for an order pursuant to the Private Securities Litigation Reform Act of 1995 consolidating the above-captioned related actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.  This Motion is based on the accompanying Memorandum of Law.

DATED:  November 3, 2023

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA JR.
ROBERT D. GERSON

*/s/ Robert D. Gerson*
ROBERT D. GERSON

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
malba@rgrdlaw.com
rgerson@rgrdlaw.com

*Proposed Lead Counsel for Proposed Lead Plaintiff*