UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LINDSAY HIEBERT, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:23-cv-03770-NGG-PK |
| | : | |
| | : | CLASS ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| VIRTU FINANCIAL, INC., DOUGLAS CIFU, JOSEPH MOLLUSO, ALEX IOFFE, and SEAN GALVIN, | : | |
| | : | |
| Defendants. | : | |
| | x | |
| CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:23-cv-08123-JRC |
| | : | |
| | : | CLASS ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| VIRTU FINANCIAL, INC., DOUGLAS CIFU, JOSEPH MOLLUSO, ALEX IOFFE, and SEAN GALVIN, | : | |
| | : | |
| Defendants. | : | |
| | x | |

**[PROPOSED] ORDER GRANTING CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM'S UNOPPOSED MOTION FOR CONSOLIDATION**

Having considered the City of Birmingham Retirement and Relief System's Unopposed

Motion for Consolidation and good cause appearing therefor, the Court ORDERS as follows:

1.    The Motion is GRANTED.

2.    Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Hiebert v. Virtu*

*Financial, Inc., et al.*, No. 1:23-cv-03770 (NGG) (PK) (E.D.N.Y.) and *City of Birmingham*

*Retirement and Relief System v. Virtu Financial, Inc., et al.*, No. 1:23-cv-08123 (PRC) (E.D.N.Y.),

are consolidated as:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re VIRTU FINANCIAL, INC. SECURITIES LITIGATION | ) ) ) ) | Master File No. 1:23-cv-03770-NGG-PK CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | ) ) ) ) ) | |

(a)    The file in Case No. 1:23-cv-03770 (NGG) (PK) shall constitute the master

file for every action in the consolidated action.  The Clerk shall administratively close the other

action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear

immediately after the phrase "This Document Relates To."  When a pleading applies to some, but

not all, of the actions, the document shall list, immediately after the phrase "This Document Relates

To," the docket number for each individual action to which the document applies, along with the last

name of the first-listed plaintiff in said action;

(b)    All securities class actions on behalf of purchasers of Virtu Financial, Inc.,

securities subsequently filed in, or transferred to, this District shall be consolidated into this action.

This Order shall apply to every such action, absent an order of the Court.  A party objecting to such

consolidation, or to any other provisions of this Order, must file an application for relief from this

Order within ten days after the actions are consolidated; and

        (c)    This Order is entered without prejudice to the rights of any party to apply for

severance of any claim or action, with good cause shown.

       IT IS SO ORDERED.

DATED: _____

                               _____
                               THE HONORABLE NICHOLAS G. GARAUFIS
                               UNITED STATES DISTRICT JUDGE