UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

————————————————————— x

In re VIRTU FINANCIAL, INC.
SECURITIES LITIGATION

—————————————————————

This Document Relates To:

    ALL ACTIONS.

————————————————————— x

: Master File No. 1:23-cv-03770-NGG-PK

: <u>CLASS ACTION</u>

: **NOTICE OF ERRATA TO**
: **CONSOLIDATED COMPLAINT FOR**
: **VIOLATIONS OF THE FEDERAL**
: **SECURITIES LAWS**

TO THE HONORABLE DISTRICT COURT:

PLEASE TAKE NOTICE that Lead Plaintiff in the above-captioned matter, by its attorneys, hereby respectfully submits this Notice of Errata to its previously filed Consolidated Complaint for Violations of the Federal Securities Laws, ECF No. 39, filed on January 22, 2024, as follows:

| PAGE | PARAGRAPH | NOW READS | SHOULD READ |
|---|---|---|---|
| 7 | 20 | During the Class Period, Lead Plaintiff purchased Virtu Class A common stock, as set forth in its previously filed certification (ECF No. 22-2), and was damaged thereby. | During the Class Period, Lead Plaintiff purchased Virtu Class A common stock, as set forth in its previously filed certification, and was damaged thereby. *See City of Birmingham Retirement and Relief System v. Virtu Financial, et al.*, No. 1:23-cv-08123 (E.D.N.Y.), ECF No. 1 at 41- 43. |

DATED: January 23, 2024

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA JR.
ROBERT D. GERSON
MAGDALENE ECONOMOU

*/s/ Robert D. Gerson*
ROBERT D. GERSON

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
malba@rgrdlaw.com
rgerson@rgrdlaw.com
meconomou@rgrdlaw.com

*Attorneys for Lead Plaintiff*