PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

DIRECT DIAL: (212) 373-3289
EMAIL: ASOLOWAY@PAULWEISS.COM

BEIJING          SAN FRANCISCO
BRUSSELS         TOKYO
HONG KONG        TORONTO
LONDON           WASHINGTON, DC
LOS ANGELES      WILMINGTON

July 15, 2025

**VIA ECF**

The Honorable Peggy Kuo
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *In re Virtu Financial, Inc. Securities Litigation*,
No. 1:23-cv-03770-NGG-PK (E.D.N.Y.)

Dear Judge Kuo:

      The parties in the above-referenced matter have agreed to execute the Court's Standing Confidentiality Order (Exhibit 1), with mutually agreeable modifications as set out in the attached redline (Exhibit 2). The parties agree that the proposed modifications are appropriate to ensure the protection of sensitive discovery material that will be produced in this case. We respectfully request that the Court enter the Confidentiality Order as modified.

      Respectfully submitted,

*/s/ Alison R. Benedon*
Alison R. Benedon

cc: All Counsel of Record (via ECF)