UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

—————————————————————— x

In re VIRTU FINANCIAL, INC.
SECURITIES LITIGATION

: Master File No. 1:23-cv-03770-NGG-CHK

: CLASS ACTION

This Document Relates To:

    ALL ACTIONS.

: Date of Service: October 22, 2025

—————————————————————— x

### DECLARATION OF ROBERT D. GERSON IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL

I, Robert D. Gerson, declare as follows:

1.      I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), Lead Counsel in the above-captioned putative class action. I respectfully submit this declaration in support of Lead Plaintiff's motion, pursuant to Federal Rules of Civil Procedure 23(a), (b)(3), and (g), for an Order: (i) certifying this case as a class action; (ii) certifying Lead Plaintiff as the Class Representative; and (iii) appointing Robbins Geller as Class Counsel (the "Motion").

2.      Attached are true and correct copies of the following exhibits cited in Lead Plaintiff's memorandum of law in support of the Motion:

Exhibit A:    Expert Report of Matthew D. Cain, Ph.D., dated October 22, 2025;

Exhibit B:    Declaration of Jay P. Turner in Support of Lead Plaintiff's Motion; and

Exhibit C:    Robbins Geller Rudman & Dowd LLP Firm Résumé.

I declare under penalty of perjury that the foregoing is true and accurate. Dated this 22nd day of October, 2025, in Melville, New York.

                                                      */s/ Robert D. Gerson*
                                                      ROBERT D. GERSON

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Rule IV.B. of the Honorable Nicholas G. Garaufis' Individual Rules, I hereby certify that on October 22, 2025, I caused a true and correct copy of the foregoing document to be served on all counsel of record by providing them with copies via electronic mail.

*/s/ Magdalene Economou*
MAGDALENE ECONOMOU