# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re VIRTU FINANCIAL, INC. SECURITIES LITIGATION | : | Master File No. 1:23-cv-03770-NGG-CHK |
|  | : | CLASS ACTION |
| This Document Relates To: | : |  |
| ALL ACTIONS. | : |  |

**DECLARATION OF JAY P. TURNER IN SUPPORT OF
LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND
APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL**

I, JAY P. TURNER, declare as follows:

1.      I respectfully submit this declaration in support of Lead Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel. I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2.      I am the Deputy Director of Human Resources of Birmingham, Alabama and General Counsel to the City of Birmingham Retirement and Relief System ("BRRS") and am authorized to make this declaration on behalf of BRRS. I am the primary person responsible for overseeing this litigation on behalf of BRRS. BRRS was appointed Lead Plaintiff in this action on November 21, 2023, and now seeks appointment as the class representative.

3.      BRRS is a public pension system organized for current and former employees of the City of Birmingham, Alabama. With over $1 billion in assets under management, BRRS provides pension benefits to over 7,000 participants.

4.      BRRS purchased shares of Virtu Financial, Inc. ("Virtu") Class A common stock during the period between November 7, 2018 and September 12, 2023, inclusive (the "Class Period").

5.      BRRS understands that the Private Securities Litigation Reform Act of 1995 was intended to encourage institutional investors to direct securities class actions. Should BRRS be appointed as the class representative, BRRS, as a large, sophisticated institutional investor, is committed to vigorously prosecuting this litigation.

6.      As the Lead Plaintiff, BRRS has reviewed and monitored the progress of this litigation and directed Robbins Geller Rudman & Dowd LLP ("Robbins Geller") in its prosecution, and will continue to do so if appointed as the class representative. For example, BRRS has and will

continue to receive and review periodic updates and correspondence from Robbins Geller regarding significant aspects of the case, including the filing of a detailed complaint with a comprehensive set of claims, the defending of those claims through motion to dismiss briefing, and ongoing discovery efforts.  BRRS has also diligently participated in discovery, including by serving Federal Rule of Civil Procedure 26 disclosures, written responses to defendants' document requests and interrogatories, and searched for and produced documents to defendants.

7.      If it is appointed as the class representative, BRRS will continue to actively direct this litigation in order to maximize the recovery for the proposed Class.  BRRS understands that it owes a duty to the members of the proposed class to provide fair and adequate representation and will continue to work with Robbins Geller to obtain the largest recovery for the class consistent with good faith, sound judgment, and meritorious advocacy.

8.      BRRS intends to continue to provide fair and adequate representation by, among other things, working with Lead Counsel Robbins Geller.

9.      BRRS selected Robbins Geller as proposed class counsel based on the firm's substantial experience and expertise in prosecuting securities class actions.  Further, BRRS believes that Robbins Geller has the necessary financial and human resources to prosecute this case effectively, as it has to date.

I declare, pursuant to the laws of the United States of America, that the foregoing is true and correct.  Executed this 16th day of October, 2025.

JAY P. TURNER
DEPUTY DIRECTOR OF HUMAN RESOURCES
CITY OF BIRMINGHAM, ALABAMA

- 2 -