UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | x | |
| In re VIRTU FINANCIAL, INC.<br>SECURITIES LITIGATION | : | Master File No. 1:23-cv-03770-NGG-CHK |
| | : | |
| | : | CLASS ACTION |
| | : | |
| This Document Relates To: | : | |
| | : | |
| ALL ACTIONS. | : | |
| | : | |
| | x | |

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION
FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS
REPRESENTATIVE AND CLASS COUNSEL**

Having considered Lead Plaintiff City of Birmingham Retirement and Relief System's Motion for Class Certification and Appointment of Class Representative and Class Counsel, the memorandum of law in support thereof, and any other evidence submitted in support of the motion, and good cause appearing therefor:

1.     This action is certified as a Class Action pursuant to Rule 23(a) and Rule 23(b)(3) of the Federal Rules of Civil Procedure.  The class is defined as, and shall be, as follows:

> All purchasers of Virtu Class A common stock during the period between November 7, 2018 and September 12, 2023, inclusive (the "Class Period"). Excluded from the Class are Defendants,[1] the officers and directors of the Company, at all relevant times, members of their immediate families, and their legal representatives, heirs, successors, or assigns, and any entity in which Defendants have or had a controlling interest.

2.     City of Birmingham Retirement and Relief System is certified as the Class Representative; and

3.     The law firm of Robbins Geller Rudman & Dowd LLP is appointed as Class Counsel.

IT IS SO ORDERED.

DATED:  _____      _____
                                     THE HONORABLE NICHOLAS G. GARAUFIS
                                     UNITED STATES DISTRICT JUDGE

---

[1]     "Defendants" are Virtu Financial, Inc., Douglas Cifu, Joseph Molluso, Alex Ioffe, and Sean Galvin.