**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE VIRTU FINANCIAL, INC. SECURITIES LITIGATION | Case No. 1:23-cv-03770-NGG-CHK |

**DECLARATION OF ALISON R. BENEDON**
**IN SUPPORT OF DEFENDANTS' OPPOSITION TO**
**LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

ALISON BENEDON declares the following, pursuant to 28 U.S.C. § 1746:

1.     I am a partner of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), an international law firm with its principal office at 1285 Avenue of the Americas, New York, New York 10019-6064, and represent Virtu Financial, Inc. ("Virtu" or the "Company"), Douglas Cifu, Joseph Molluso, Alex Ioffe, and Sean Galvin (collectively, "Defendants") in the above-captioned action.  I submit this declaration in support of Defendants' Opposition to Lead Plaintiff's Motion for Class Certification.

2.     Attached hereto as Exhibit A is a true and correct copy of Virtu's February 4, 2016 Earnings Call Transcript, as published by Thomson Reuters.

3.     Attached hereto as Exhibit B is a true and correct copy of Virtu's August 3, 2016 Earnings Call Transcript, as published by Thomson Reuters.

4.     Attached hereto as Exhibit C is an excerpt of an August 12, 2016 Form 10-Q filed by Virtu.

5.     Attached hereto as Exhibit D is an excerpt of a November 2, 2023 Form 10-Q filed by Virtu.

6.     Attached hereto as Exhibit E is a true and correct copy of the Expert Report of René Stulz, Ph.D.

1

7.      Attached hereto as Exhibit F is a true and correct copy of a slide deck from Virtu's April 20, 2017 Earnings Call entitled "Virtu Financial Agrees to Acquire KCG Holdings."

8.      Attached hereto as Exhibit G is a true and correct copy of a slide deck from Virtu's November 7, 2018 Earnings Call entitled "Virtu Enters into Definitive Agreement to Acquire ITG."

9.      Attached hereto as Exhibit H is a true and correct copy of Virtu's November 7, 2017 Earnings Call Transcript, as published by S&P Global Market Intelligence.

10.      Attached hereto as Exhibit I is an excerpt of a November 9, 2017 Form 10-Q filed by Virtu.

11.      Attached hereto as Exhibit J is a true and correct copy of a press release published by Virtu on September 12, 2023 entitled "Virtu Financial Provides an Update on Ongoing SEC Matter."

12.      Attached hereto as Exhibit K is a true and correct copy of the transcript of the December 12, 2025 deposition of Jay Turner as the designee of Lead Plaintiff under Federal Rule of Civil Procedure 30(b)(6).

13.      Attached hereto as Exhibit L is a true and correct copy of an October 4, 2018 article published by Bloomberg Law News entitled "Virtu Said to Pursue Takeover of Investment Technology Group."

14.      Attached hereto as Exhibit M is a true and correct copy of an October 5, 2018 report from Goldman Sachs Equity Research entitled "Virtu Financial Inc. (VIRT): Reported to be in talks to acquire ITG; hypothetical accretion analysis."

2

15.    Attached hereto as Exhibit N is a true and correct copy of a November 14, 2018 article published by Bloomberg Law News entitled "Trader Virtu Seeks to Erase Its 'Bogeyman' Image in ITG Takeover."

16.    Attached hereto as Exhibit O is a true and correct copy of a November 14, 2018 article published by Business Insider entitled "Wall Street is worried that a $1 billion acquisition will allow Virtu to spy on clients, but the firm has a big plan to quell those anxieties."

17.    Attached hereto as Exhibit P is a true and correct copy of Virtu's November 7, 2018 Earnings Call Transcript, as published by S&P Global Market Intelligence.

18.    Attached hereto as Exhibit Q is a true and correct copy of an August 12, 2015 press release published by the United States Securities and Exchange Commission entitled "SEC Charges ITG With Operating Secret Trading Desk and Misusing Dark Pool Subscriber Trading Information."

19.    Attached hereto as Exhibit R is a true and correct copy of a November 7, 2018 press release published by the United States Securities and Exchange Commission entitled "SEC Charges ITG With Misleading Dark Pool Subscribers."

20.    Attached hereto as Exhibit S is a true and correct copy of Virtu's May 3, 2019 Earnings Call Transcript, as published by S&P Global Market Intelligence.

21.    Attached hereto as Exhibit T is an excerpt of a February 17, 2023 Form 10-K filed by Virtu.

22.    Attached hereto as Exhibit U is an excerpt of an April 28, 2023 Form 10-Q filed by Virtu.

23.    Attached hereto as Exhibit V is an excerpt of a July 28, 2023 Form 10-Q filed by Virtu.

24.    Attached hereto as Exhibit W is a true and correct copy of a September 12, 2023 press release published by the United States Securities and Exchange Commission entitled "SEC Charges Virtu for False and Misleading Disclosures Relating to Information Barriers," which is file-stamped as Exhibit 14 from the deposition of Jay Turner as the designee of Lead Plaintiff under Federal Rule of Civil Procedure 30(b)(6).

25.    Attached hereto as Exhibit X is a true and correct copy of the December 2, 2025 Final Judgment filed in the case captioned *SEC* v. *Virtu Financial, Inc.*, No. 1:23-cv-8072-JGK (S.D.N.Y.).

26.    Attached hereto as Exhibit Y is a true and correct copy of the transcript of the December 9, 2025 deposition of Matthew D. Cain.

27.    Attached hereto as Exhibit Z is a true and correct copy of a May 1, 2023 article published by Dow Jones Institutional News entitled "Virtu Stock Falls After Disclosure of Potential SEC Enforcement Action – WSJ."

28.    Attached hereto as Exhibit AA is a true and correct copy of an April 28, 2023 article published by Bloomberg Law News entitled "Virtu Falls After Reporting Settlement Talks Over SEC Probe."

29.    Attached hereto as Exhibit BB is a true and correct copy of a May 4, 2023 report published by Piper Sandler entitled "Virtu Financial, Inc. (VIRT) Understanding Disclosures In Recent 10-Q."

30.    Attached hereto as Exhibit CC is a true and correct copy of a July 30, 2023 report published by Piper Sandler entitled "Virtu Financial, Inc. (VIRT) Discloses Receipt of Previously 'Warned' About Wells Notice"

4

31.    Attached hereto as Exhibit DD is a true and correct copy of an expert report prepared by Matthew D. Cain and filed on July 25, 2025 in the case captioned *In Re The Estee Lauder Co., Inc. Securities Litigation*, No. 1:23-cv-10669-AS (S.D.N.Y.).

32.    Attached hereto as Exhibit EE is a true and correct copy of an expert report prepared by Matthew D. Cain and filed on October 17, 2025 in the case captioned *In Re SolarEdge Technologies, Inc. Securities Litigation*, No. 1:23-cv-09748-GHW (S.D.N.Y.).

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  January 22, 2026                           */s/ Alison R. Benedon*
       New York, New York                        Alison R. Benedon

5