# Exhibit C

Table of Contents

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-Q

**(Mark One)**

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15 (d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended June 30, 2016**

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15 (d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from to**

**Commission file number: 001-37352**

# Virtu Financial, Inc.
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **32-0420206** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **900 Third Avenue, 29th Floor**<br>**New York, New York 10022-0100** | **10022** |
| (Address of principal executive offices) | (Zip Code) |

**(212) 418-0100**
(Registrant's telephone number, including area code)

(Former name, former address and former fiscal year, if changed since last report)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15 (d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☐ Accelerated filer ☐ Non-accelerated filer ☒ Smaller reporting company ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

| Class of Stock | Shares Outstanding as of August 12th, 2016 |
|---|---|
| Class A common stock, par value $0.00001 per share | 38,235,856 |
| Class C common stock, par value $0.00001 per share | 20,922,855 |
| Class D common stock, par value $0.00001 per share | 79,610,490 |

Table of Contents

**VIRTU FINANCIAL, INC. AND SUBSIDIARIES**
**INDEX TO FORM 10-Q**
**FOR THE QUARTER ENDED June 30, 2016**

| | | **PAGE NUMBER** |
|---|---|---|
| PART I - | FINANCIAL INFORMATION | |
| Item 1. | Condensed Consolidated Financial Statements (Unaudited) | |
| | Condensed Consolidated Statements of Financial Condition | 2 |
| | Condensed Consolidated Statements of Comprehensive Income | 3 |
| | Condensed Consolidated Statements of Changes in Equity | 4 |
| | Condensed Consolidated Statements of Cash Flows | 5 |
| | Notes to Condensed Consolidated Financial Statements (Unaudited) | 6 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 31 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 52 |
| Item 4. | Controls and Procedures | 52 |
| PART II - | OTHER INFORMATION | |
| Item 1. | Legal Proceedings | 53 |
| Item 1A. | Risk Factors | 53 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 53 |
| Item 3. | Defaults Upon Senior Securities | 53 |
| Item 4. | Mine Safety Disclosures | 53 |
| Item 5. | Other Information | 53 |
| Item 6. | Exhibits | 54 |
| | SIGNATURES | 55 |

Table of Contents

**ITEM 2. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

*The following management's discussion and analysis of the financial condition and results of operations covers the three and six months ended June 30, 2016 and 2015, should be read in conjunction with the condensed consolidated financial statements for the three and six months ended June 30, 2016 and 2015. This discussion contains forward-looking statements that involve risks and uncertainties. Our actual results could differ materially from those discussed below. Unless otherwise stated, all amounts are presented in thousands of dollars.*

**Forward-Looking Statements**

This quarterly report on Form 10-Q contains forward-looking statements. You should not place undue reliance on forward-looking statements because they are subject to numerous uncertainties and factors relating to our operations and business environment, all of which are difficult to predict and many of which are beyond our control. Forward-looking statements include information concerning our possible or assumed future results of operations, including descriptions of our business strategy. These forward-looking statements can be identified by the use of forward-looking terminology, including the terms "may," "will," "should," "believe," "expect," "anticipate," "intend," "plan," "estimate," "project" or, in each case, their negative, or other variations or comparable terminology and expressions. These statements are based on assumptions that we have made in light of our experience in the industry as well as our perceptions of historical trends, current conditions, expected future developments and other factors we believe are appropriate under the circumstances. As you read and consider this quarterly report on Form 10-Q, you should understand that these statements are not guarantees of performance or results and that our actual results of operations, financial condition and liquidity, and the development of the industry in which we operate, may differ materially from those made in or suggested by the forward-looking statements contained in this quarterly report on Form 10-Q. By their nature, forward-looking statements involve known and unknown risks and uncertainties, including those described under the heading "Risk Factors" in our 2015 10-K because they relate to events and depend on circumstances that may or may not occur in the future. Although we believe that the forward-looking statements contained in this quarterly report on Form 10-Q are based on reasonable assumptions, you should be aware that many factors, including those described under the heading "Risk Factors" in our 2015 10-K, could affect our actual financial results or results of operations and could cause actual results to differ materially from those in such forward-looking statements, including but not limited to:

- reduced levels of overall trading activity;

- dependence upon trading counterparties and clearing houses performing their obligations to us;

- failures of our customized trading platform;

- risks inherent to the electronic market making business and trading generally;

- increased competition in market making activities;

- dependence on continued access to sources of liquidity;

- risks associated with self-clearing and other operational elements of our business;

- compliance with laws and regulations, including those specific to our industry;

- obligation to comply with applicable regulatory capital requirements;

- litigation or other legal and regulatory-based liabilities;

- proposed legislation that would impose taxes on certain financial transactions in the European Union, the U.S. and other jurisdictions;

- obligation to comply with laws and regulations applicable to our international operations;

31

Table of Contents

- enhanced media and regulatory scrutiny and its impact upon public perception of us or of companies in our industry;

- need to maintain and continue developing proprietary technologies;

- failure to maintain system security or otherwise maintain confidential and proprietary information;

- capacity constraints, system failures, and delays;

- dependence on third party infrastructure or systems;

- use of open source software;

- failure to protect or enforce our intellectual property rights in our proprietary technology;

- risks associated with international operations and expansion, including failed acquisitions or dispositions;

- fluctuations in currency exchange rates;

- risks associated with potential growth and associated corporate actions;

- inability to, or delay, in accessing the capital markets to sell shares or raise additional capital;

- loss of key executives and failure to recruit and retain qualified personnel; and

- risks associated with losing access to a significant exchange or other trading venue.

Our forward-looking statements made herein are made only as of the date of this quarterly report. We expressly disclaim any intent, obligation or undertaking to update or revise any forward-looking statements made herein to reflect any change in our expectations with regard thereto or any change in events, conditions or circumstances on which any such statements are based. All subsequent written and oral forward-looking statements attributable to us or persons acting on our behalf are expressly qualified in their entirety by the cautionary statements contained in this quarterly report.

**Basis of Preparation**

Prior to the Reorganization Transactions and our IPO, we did not conduct any activities other than those incident to our formation and our IPO. Our unaudited condensed consolidated financial statements the three and six months ended June 30, 2015 (with the completion of the Reorganization Transactions on April 16, 2015) reflect the operations of Virtu Financial and its consolidated subsidiaries. Our unaudited condensed consolidated financial statements for the three and six months ended June 30, 2016 and 2015 reflect our operations and those of our consolidated subsidiaries (including Virtu Financial).

**Overview**

We are a leading technology-enabled market maker and liquidity provider to the global financial markets. We stand ready, at any time, to buy or sell a broad range of securities, and we generate revenue by buying and selling large volumes of securities and other financial instruments and earning small bid/ask spreads. We make markets by providing quotations to buyers and sellers in more than 12,000 securities and other financial instruments on more than 235 unique exchanges, markets and liquidity pools in 36 countries around the world. We believe that our broad diversification, in combination with our proprietary technology platform and low-cost structure, enables us to facilitate risk transfer between global capital markets participants by supplying liquidity and competitive pricing while at the same time earning attractive margins and returns.

We believe that market makers like us serve an important role in maintaining and improving the overall health and efficiency of the global capital markets by continuously posting bids and offers for financial instruments and thereby