# Exhibit G



# Virtu Enters into Definitive Agreement to Acquire ITG

## Acquisition Will Combine Virtu's Best-in-Class Trading and Technology Platform with ITG's World-Class Customer Franchises

November 7, 2018

# Disclaimer



## Cautionary Statement Regarding Forward Looking Statements

This presentation may contain "forward-looking statements" made pursuant to the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. Statements regarding Virtu Financial, Inc.'s ("Virtu's" or "our") business that are not historical facts are forward-looking statements. Forward-looking statements should not be read as a guarantee of future performance or results, and will not necessarily be accurate indications of the times at, or by which, such performance or results will be achieved. The Company assumes no obligation to update forward-looking statements to reflect actual results, changes in assumptions or changes in other factors affecting forward-looking information, and if the Company does update one or more forward-looking statements, no inference should be drawn that the Company will make additional updates with respect thereto or with respect to other forward-looking statements. Forward-looking statements are based on information available at the time and/or management's good faith belief with respect to future events, and is subject to risks and uncertainties, some or all of which are not predictable or within Virtu's control, that could cause actual performance or results to differ materially from those expressed in the statements. Those risks and uncertainties include, without limitation: fluctuations in trading volume and volatilities in the markets in which we operate; the ability of our trading counterparties and various clearing houses to perform their obligations to us; the performance and reliability of our customized trading platform; the risk of material trading losses from our market making activities; swings in valuations in securities or other instruments in which we hold positions; increasing competition and consolidation in our industry; the acquisition of Investment Technology Group, Inc. ("ITG") not being timely completed, if completed at; risks associated with the financing of the transaction; prior to the completion of such acquisition, our respective businesses experiencing disruptions due to transaction-related uncertainty or other factors making it more difficult to maintain relationships with employees, business partners or governmental entities; the effect of the acquisition of ITG on existing business relationships, operating results, and ongoing business operations generally; the significant costs and significant indebtedness that we have incurred and expect to incur in connection with the acquisition of ITG; the risk that we may encounter significant difficulties or delays in integrating the two businesses and the anticipated benefits, cost savings and synergies or capital release may not be achieved; the assumption of potential liabilities relating to ITG's business; risks and uncertainties with respect to the integration of KCG Holdings, Inc. and related synergy realizationthe risk that cash flow from our operations and other available sources of liquidity will not be sufficient to fund our various ongoing obligations, including operating expenses, capital expenditures, debt service and dividend payments; regulatory and legal uncertainties and potential changes associated with our industry, particularly in light of increased attention from media, regulators and lawmakers to market structure and related issues; potential adverse results form legal or regulatory proceedings; our ability to remain technologically competitive and to ensure that the technology we utilize is not vulnerable to security risks, hacking and cyber-attacks; risks associated with third party software and technology infrastructure. For a discussion of the risks and uncertainties which could cause actual results to differ from those contained in forward-looking statements, see Virtu's Securities and Exchange Commission filings, including but not limited to Virtu's Annual Report on Form 10-K, Quarterly Reports on Form 10-Q and Current Reports on Form 8-K filed with the SEC.

## GAAP and Non-GAAP Results

This presentation includes certain non-GAAP financial measures, including Adjusted EPS, Adjusted Net Trading Income, Normalized Adjusted Net Income, Normalized Adjusted Pre-Tax Net Income, EBITDA, Adjusted EBITDA, Trading Capital, Adjusted Operating Expense and Adjusted Compensation Expense. Non-GAAP financial measures should be considered only as supplemental to, and not as superior to, financial measures prepared in accordance with GAAP. Other companies may use similarly titled non-GAAP financial measures that are calculated differently from the way we calculate such measures. Accordingly, our non-GAAP financial measures may not be comparable to similar measures used by other companies. We caution investors not to place undue reliance on such non-GAAP measures, but instead to consider them with the most directly comparable GAAP measure. Non-GAAP financial measures have limitations as analytical tools, and should not be considered in isolation, or as a substitute for our results as reported under GAAP. A reconciliation of non-GAAP measures to the most directly comparable financial measure prepared in accordance with GAAP is included at the end of this presentation.



# Combination of ITG & Virtu Creates Global, Scaled Leader in Execution Services, Workflow Technology and Market Making

## ITG's Leading Suite of Agency Offerings To Benefit from Virtu's Technology

**Diverse & High Quality Revenue Streams**

- Net trading income ("NTI") from Virtu's stable, consistent Execution Services commission business increases to comprise 37% of total NTI, reducing consolidated earnings volatility
- Virtu is the only firm that gives clients the option to access liquidity from institutional, retail, and principal sources, and the addition of ITG's Workflow Technology offering bolsters Virtu's ability to distribute its unique combination of liquidity
- The addition of Workflow Technology & Analytics products allows Virtu to offer clients a complete suite of agency services that are embedded into their daily operations

**Operating Scale Achievements**

- Virtu will be able to leverage its scalable, firm-wide technology infrastructure to enhance ITG's Execution Services offering – from order routing and algorithm performance to middle- and back-office efficiency – as well as Workflow Technology and Analytics products
  - These enhancements will facilitate liquidity provision & enhance execution quality

**Significant Value Creation**

- Identified $123 million of net expense synergies and $125 million of releasable capital
- Acquisition is highly accretive to Virtu's earnings per share with fully phased-in cost savings



# Virtu's & ITG's Business and Technological Capabilities are Highly Complementary

**Combination of Virtu's continuously improving trading technology and dense liquidity with ITG's global client reach and industry-leading products creates a truly one-of-a-kind leader in the marketplace**



**Technology**
Efficiency and scale manifested through a singular, global, continuously improving multi-asset class infrastructure

**Liquidity**
Global liquidity across equities, ETFs, FX, fixed income, and commodities from institutional, retail, and principal trading



**Execution Services**
Integrated customer franchise with long-standing relationships in the Americas, EMEA, and APAC

**Workflow Technology**
Clients offered direct access to deep liquidity and enhanced trading experience

**Analytics**
Empowers clients to improve returns and reduce end-to-end costs of investing

  



Virtu's financial technology will optimize all aspects of ITG's business, from order routing and algo performance to middle- and back-office efficiency, enhancing overall client experience and reducing friction

Virtu's market making provides liquidity to retail and institutional clients, which results in a unique portfolio of positions that allows us to provide enhanced opportunities for trading equities, ETFs, blocks and FICC globally.

# Acquisition Provides Significant Benefits



Clients benefit from Virtu's single R&D plant and common infrastructure that supports its scaled, multi-asset class, global trading platform

ITG's Workflow Technology and TCA products, enhanced by Virtu's technological expertise, will continue to provide clients best-in-class execution and analytics tools

Clients will now have the option to transparently interact with Virtu's unique liquidity offerings to improve their execution quality in global equities, ETFs, blocks, FX, fixed income, and commodities

Preservation of regional management teams and account coverage will minimize client disruption





# Virtu to Enhance Existing Safeguards to Protect Client Information

**Physical and Logical Safeguards of Client Information**

| Market Making | Execution Services | Workflow Technology | Analytics |
|---|---|---|---|

**Virtu has established policies and procedures designed to safeguard sensitive client information**



**Logical Security**
- Technology access controls to segregate sensitive information
- Review of approved personnel and permissions



**Physical Separation**
- Analytics, POSIT, and POSIT Alert segments in particular will continue to be in a segregated area with restricted keycard access



**Independent Audit**
- Will employ independent third-party auditors

November 7, 2018                6



# Acquisition Creates a Diverse and Stable Revenue Base

## About 37% of Virtu's Adjusted Net Trading Income Will Come from Commissions and Fees

**Adjusted Net Trading Income by Segment[1,2]**



| Virtu (pre-KCG) | Virtu | ITG | Pro Forma |
| --- | --- | --- | --- |

**Virtu (pre-KCG)**
- 4% Tech and Execution
- 40%, 4%, 32%, 25%
- 96% Market Making

**Virtu**
- 10% Tech and Execution
- 18%, 10%, 11%, 61%
- 90% Market Making

**ITG**
- 100% Tech and Execution
- 11%, 25%, 64%

**Pro Forma**
- 37% Tech and Execution
- 13%, 26%, 7%, 7%, 43%, 3%
- 63% Market Making

Legend:
- Americas Equities
- RoW Equities
- Global FICC & Options
- Execution Services
- Workflow Technology
- Analytics

## ITG's Stable Revenues to Improve the Consistency of Virtu's Quarterly Results by 27%



**Quarterly Net Trading Income & Volatility[2]**

| | 1Q 2017 | 2Q 2017 | 3Q 2017 | 4Q 2017 | 1Q 2018 | 2Q 2018 | 3Q 2018 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Total | $317 | $283 | $256 | $329 | $445 | $305 | $275 |
| ITG (gray) | $96 | $96 | $91 | $100 | $104 | $103 | $97 |
| Virtu (green) | $221 | $187 | $165 | $229 | $340 | $203 | $178 |

**Volatility[3]**
- 18% Pro Forma
- 4% ITG
- 25% Virtu

[1] "Virtu (pre-KCG)" represents 1H 2017, while all others represent LTM 9/30/18; Adjusted Net Trading Income ("ANTI") for ITG calculated as Total Revenue less Transaction Processing Expense (100% of Transaction Processing Expense is assumed to be allocable to Execution Services); ANTI from Unallocated and Corporate are excluded
[2] Pro forma for KCG acquisition and BondPoint disposition
[3] Volatility is equal to standard deviation divided by the mean over the seven quarter period

November 7, 2018    7

# Acquisition of ITG: Transaction Summary



**Terms & Conditions**

- Virtu to acquire ITG, Inc. for $30.30 per share, or approximately $1 billion equity value
- 100% cash consideration
- Virtu has received commitments from Jefferies and Royal Bank of Canada to provide debt financing for the transaction and to refinance Virtu's existing term loan of $400 million

**Financing and Leverage**

- Total leverage 2.8x based on trailing 12 months as of 9/30/18 – target leverage 2.0x to 2.25x by year-end 2020

**Leadership Team**

- Virtu CEO Douglas Cifu and CFO Joseph Molluso will continue to lead the firm
- ITG's business will be combined with Virtu's existing agency brokerage business and ITG's existing regional leadership will report directly to CEO Doug Cifu
  - o Rob Boardman, CEO of ITG Europe
  - o Etienne Phaneuf, CEO of ITG Canada
  - o Michael Corcoran, CEO of ITG Asia

**Anticipated Closing**

- Expected to close in the first half of 2019

# Significant Expense & Capital Synergies



## Combination Reduces Operating Expense and Releases Excess Capital
*Virtu Anticipates $123 million of annual net cost savings and $125 million of capital synergies*

- Consolidation of ITG's trading applications, execution tools, and post-trade operations to Virtu's single technology infrastructure, creating additional operating scale and improving ITG's margin – particularly in the U.S.

- Combination of broker-dealers and trading operations, reducing duplication and unlocking capital

- Time to achieve: 18-24 months

### Expected Fully-Phased Cost Savings ($mm)

| | | |
|---|---|---|
| Technology, communications & data processing | $18 mm | • Savings associated with harmonizing technology; includes savings from elimination of redundant infrastructure and market data |
| Occupancy, overhead & redundancies | $115 mm | • Integration of support functions<br>• Optimization of real estate and other costs |
| Dis-synergies | -$10 mm | |
| **Total savings, net[1]** | **$123 mm** | |
| Non-cash savings[2] | $29 mm | |
| **Cash savings, net** | **$94 mm** | |

[1] Represents 34% of ITG's LTM 9/30/18 operating expense base
[2] Includes depreciation & amortization and stock-based compensation

# Highly Accretive to Virtu



| | ($mm) |
|---|---|
| ITG standalone net income – FY 2020 public consensus[1] | ~$66 |
| Plus: ITG LTM 9/30/18 share-based compensation (after tax)[2] | ~$19 |
| Plus: Net cost savings, fully phased in (after tax)[2,3] | ~$87 |
| Less: Incremental interest expense (after tax)[2] | ~($46) |
| **Total after-tax earnings contribution** | **~$127** |

[1] Represents Consensus Adjusted Net Income estimates, per Bloomberg
[2] Assumes a 23% effective tax rate
[3] Net cost savings assumed fully phased in; excludes savings related to stock-based compensation

# Significant Unmodeled Upside from Revenue and Additional Cost Synergies



## Revenue and Incremental Expense Synergies from Increased Opportunities to Service Clients

**Brokerage and Exchange Fee Tiers**
- Savings from aggregating activity to achieve better volume tiers with exchanges and clearing or prime brokers

**Natural Crossing Opportunities**
- Increased order volumes provide additional opportunities to cross natural buyers and sellers

**Algorithm Technology Combination**
- Combination of Virtu's and ITG's products and technology yield a superior offering that will increase penetration among existing clients and adoption from new clients

**Execution Improvements**
- ITG's global offering to be enhanced by Virtu's continuously improving technology and its trading experience on over 235 markets

**Enlarged Footprint**
- Virtu's first-hand experience in geographies and asset classes in which ITG's clients have incumbent execution needs will drive increased revenue opportunities

November 7, 2018          11



# Identified Capital Release and Meaningful Synergies

**Anticipated $125 million in capital releases**

- To be obtained by combining and rationalizing legal entities and regions, consolidating excess capital buffers while retaining significant capital

**Enhanced EBITDA and Free Cash Flow**

- Post-integration profitability to improve meaningfully from legacy ITG businesses given $123 million of run-rate synergies

**Expeditious pay down of acquisition-related debt**

- Virtu expects to realize the majority of the capital synergies within the first year of integration, subject to regulatory approvals
- Target leverage of 2.0x to 2.25x by year-end 2020

# Sources & Uses



| Sources ($mm) | |
| --- | --- |
| Excess Cash | $37 |
| New Term Loan | 1,500 |
| **Total Sources** | **$1,537** |

| Uses ($mm) | |
| --- | --- |
| Offer Value of Equity | $1,039 |
| Refinance Virtu Term Loan | 400 |
| Estimated Transaction Fees & Expenses[1] | 75 |
| Estimated Change in Control Payments | 22 |
| Refinance ITG Debt | 2 |
| **Total Uses** | **$1,537** |

[1] Assumes 50 bps of Original Issue Discount

# Pro-Forma Leverage



## Current

| VIRT Leverage Position ($mm) | |
|---|---|
| Current Debt Amount | $931 |
| LTM 9/30/18 Adjusted EBITDA | 531 |
| *4Q 2017 Adjusted EBITDA* | *108* |
| *1Q 2018 Adjusted EBITDA* | *223* |
| *2Q 2018 Adjusted EBITDA* | *112* |
| *3Q 2018 Adjusted EBITDA* | *88* |
| **Debt / LTM Adj. EBITDA** | **1.75x** |

| VIRT Debt Description ($mm) | Rate | Maturity | Amount |
|---|---|---|---|
| Term Loan | 5.09% | 2022 | $400 |
| Bonds | 6.75% | 2022 | 500 |
| Japannext | 5.00% | 2020 | 31 |
| **Total** | **5.98%** | | **$931** |

| ITG Leverage Position ($mm) | |
|---|---|
| Current Debt Amount | $2 |
| LTM 9/30/18 Adjusted EBITDA | 110 |
| *4Q 2017 Adjusted EBITDA* | *24* |
| *1Q 2018 Adjusted EBITDA* | *33* |
| *2Q 2018 Adjusted EBITDA* | *29* |
| *3Q 2018 Adjusted EBITDA* | *25* |
| **Debt / LTM Adj. EBITDA** | **0.02x** |

## Pro Forma

| Pro Forma Leverage Position ($mm) | |
|---|---|
| Pro Forma Debt Amount | $2,031 |
| LTM 9/30/18 Adjusted EBITDA after Synergies | 735 |
| *LTM Adjusted EBITDA* | *641* |
| *Expected Net Cash Synergies* | *94* |
| **Debt / LTM Adj. EBITDA** | **2.76x** |

| Pro Forma Debt Description ($mm) | Rate | Maturity | Amount |
|---|---|---|---|
| New Term Loan | TBD | 2025 | 1,500 |
| Bonds | 6.75% | 2022 | 500 |
| Japannext | 5.00% | 2020 | 31 |
| **Total** | | | **$2,031** |

# Trading Capital



| Virtu Assets ($mm) | 9/30/2018 |
|---|---|
| Cash and equivalents | $415.9 |
| Securities borrowed | 1,305.8 |
| Securities purchased under agreements to resell | 10.0 |
| Receivables from broker dealers and clearing organizations | 1,115.8 |
| Trading assets, at fair value | 2,926.8 |
| Property, equipment and capitalized software, net | 117.5 |
| Goodwill | 836.6 |
| Intangibles, net of accumulated amortization | 90.1 |
| Deferred taxes | 178.1 |
| Other assets | 242.0 |
| **Total Assets** | **$7,238.5** |

| Virtu Liabilities and Equity ($mm) | 9/30/2018 |
|---|---|
| Short term borrowings, net | $14.6 |
| Securities loaned | 800.1 |
| Securities sold under agreements to repurchase | 301.2 |
| Payables to broker dealers and clearing organizations | 952.3 |
| Trading liabilities, at fair value | 2,398.1 |
| Tax receivable agreement obligations | 199.3 |
| Accounts payable and accrued expenses and other liabilities | 284.2 |
| Long-term borrowings, net | 904.0 |
| **Total Liabilities** | **$5,853.9** |
| Equity | 1,384.6 |
| **Total Liabilities and Equity** | **$7,238.5** |

| Trading Capital ($mm) | 9/30/2018 |
|---|---|
| Sum of Trading Assets | $5,774.2 |
| Sum of Trading Liabilities | $4,466.4 |
| **Total Trading Capital** | **$1,307.8** |
| ITG Trading Capital at 9/30/18 | 204.9 |
| **Pro Forma Trading Capital** | **$1,512.7** |

# Adjusted EBITDA Reconciliation – ITG

| Adjusted EBITDA Reconciliation ($mm) | 4Q 2017 Total | 1Q 2018 Total | 2Q 2018 Total | 3Q 2018 Total |
|---|---|---|---|---|
| Adjusted EBITDA as reported by ITG | $19 | $24 | $23 | $19 |
| Plus: Non-cash stock-based compensation | 5 | 8 | 6 | 6 |
| **Adjusted EBITDA** | **$24** | **$33** | **$29** | **$25** |

# Earnings Presentation

## Third Quarter 2018

# Executive Summary



**Business performance**

- Generated $177.9 million of Adjusted Net Trading Income ("Adjusted NTI")[1]
- Average daily Adjusted NTI of $2.82 million for the quarter
- Normalized Adjusted EPS[1] of $0.22
- Adjusted EBITDA[1] of $88.3 million

**Continued progress on integration and expense synergies**

- Adjusted Operating Expense[1] of $105.6 million for 3Q 2018, down 1% from 2Q 2018 and down 21% from 1Q 2018
  - o  On track against 2H 2018 Adjusted Operating Expense guidance of $212-222 million
- Current headcount 512, inclusive of 40 new hires since January 1, 2018
- Forecasted gross synergies of ~$338 million, based on FY 2019 guidance
  - o  Using the 3Q 2018 run rate, we have realized $343 million in annualized gross synergies

**Balance sheet management progress**

- Additional prepayments of $115 million of Term Loan in 3Q 2018
- Current total debt at $931 million; previously repaid $750 million since closing of the KCG acquisition in July 2017
  - o  Debt-to-LTM Adj. EBITDA: 1.75x
  - o  Refinanced Term Loan to LIBOR + 275 basis points in September 2018
- Initiated an incremental $50 million share repurchase program in 1Q 2018 with excess capital; this program was expanded to $100 million in July 2018
  - o  To date 2.37 million shares have been repurchased at an average cost of $26.08, totaling $61.9 million

**Quarter-to-date 4Q environment is meaningfully ahead of 3Q and 2Q 2018**
*Execution Services 4Q 2018 run rate significantly outperforming 32% uptick in US Equity ADV*

---

[1] This reflects a non-GAAP measure.  Please refer to slides at the end of this presentation for reconciliation to the equivalent GAAP measure.                    November 7, 2018          18

# Adjusted NTI[1] Highlights



| Adjusted Net Trading Income (NTI) [1] ($mm) | 4Q 2017 Total | 1Q 2018 Total | 2Q 2018 Total | 3Q 2018 Total | 3Q 2018 v 2Q 2018 | October 2018 v 3Q 2018 |
|---|---|---|---|---|---|---|
| **Market Making** | | | | | | |
| Adjusted NTI | $204.1 | $313.5 | $176.7 | $158.9 | - 8.6% | |
| *Average Daily Adjusted NTI* | *$3.24* | *$5.14* | *$2.76* | *$2.52* | | |
| **Execution Services** | | | | | | |
| Adjusted NTI | $33.2 | $26.7 | $26.3 | $19.0 | - 26.4% | |
| *Average Daily Adjusted NTI* | *$0.53* | *$0.44* | *$0.41* | *$0.30* | | |
| **Execution Services (ex-BondPoint)** | | | | | | |
| Adjusted NTI | $24.9 | $26.7 | $26.3 | $19.0 | - 26.4% | |
| *Average Daily Adjusted NTI* | *$0.40* | *$0.44* | *$0.41* | *$0.30* | | |
| **Grand Total** | | | | | | |
| **Total Adjusted NTI** | **$237.3** | **$340.3** | **$202.9** | **$177.9** | - 10.9% | |
| ***Total Average Daily Adjusted NTI*** | ***$3.77*** | ***$5.58*** | ***$3.17*** | ***$2.82*** | | |
| **Grand Total (ex-BondPoint)** | | | | | | |
| **Total Adjusted NTI** | **$229.0** | **$340.3** | **$202.9** | **$177.9** | - 10.9% | |
| ***Total Average Daily Adjusted NTI*** | ***$3.63*** | ***$5.58*** | ***$3.17*** | ***$2.82*** | | |
| **Market Metrics (Average Daily)** | | | | | | |
| US Equity Consolidated Volume *(mm shares)* | 6,372 | 7,621 | 6,859 | 6,387 | - 6.9% | + 32.4% |
| Realized Volatility of S&P 500 Index | 5.71 | 19.82 | 12.42 | 7.35 | - 40.8% | + 206.6% |
| Implied Volatility of S&P 500 Index (VIX) | 10.31 | 17.36 | 15.34 | 12.86 | - 16.2% | + 50.5% |
| IBKR Retail Equity Volume *(mm shares)* | 899 | 1,075 | 765 | 676 | - 11.6% | - 3.9% |
| Number of Trading Days | 63 | 61 | 64 | 63 | | |

[1] This reflects a non-GAAP measure.  Please refer to slides at the end of this presentation for reconciliation to the equivalent GAAP measure.

Note: Numbers may not foot due to rounding. Adjusted Net Trading Income from Corporate reflected in the total sums, but not explicitly reflected as components of the table.

# Adjusted Net Trading Income[1]



VIRTU FINANCIAL

Chart: Adjusted Net Trading Income (in Millions) by quarter

**4Q 2017: $237 ($3.77 / day)**
- Americas Equities: 141
- ROW Equities: 35
- Global FICC, Options & Other: 31
- Execution Services: 25
- BondPoint: 8

**1Q 2018: $340 ($5.58 / day)**
- Americas Equities: 216
- ROW Equities: 33
- Global FICC, Options & Other: 66
- Execution Services: 27

**2Q 2018: $203 ($3.17 / day)**
- Americas Equities: 122
- ROW Equities: 17
- Global FICC, Options & Other: 36
- Execution Services: 26

**3Q 2018: $178 ($2.82 / day)**
- Americas Equities: 105
- ROW Equities: 17
- Global FICC, Options & Other: 41
- Execution Services: 19

*Execution Services 4Q 2018 run rate significantly outperforming 32% uptick in US Equity ADV*

Legend:
- Americas Equities
- ROW Equities
- Global FICC, Options & Other
- Execution Services
- BondPoint

[1] This reflects a non-GAAP measure. Please refer to slides at the end of this presentation for reconciliation to the equivalent GAAP measure.

Note: Numbers may not foot due to rounding. Adjusted Net Trading Income from Unallocated and Corporate reflected in the total sums, but not explicitly reflected as components of the chart.

November 7, 2018     20

# Operating Expenses Trajectory



| Adjusted Operating Expenses[1] ($mm) | 1Q 2018 Actual | 2Q 2018 Actual | 3Q 2018 Actual | FY 2019 Guidance |
|---|---|---|---|---|
| Occupancy, Overhead and Cash Compensation | $71 | $46 | $50 | $190 - $196 |
| Communications and Data Processing | 47 | 44 | 40 | 170 - 174 |
| Depreciation & Amortization | 15 | 16 | 16 | 62 |
| **Adjusted Operating Expenses** | **$133** | **$107** | **$106** | **$422 - $432** |
| Annualized Adjusted Operating Expenses[2] | 532 | 427 | 423 | 427 |
| 2016 Total Adjusted Operating Expenses | 765 | 765 | 765 | 765 |
| **Annual Expense Synergies[2]** | **$233** | **$338** | **$343** | **$338** |

| Adjusted Operating Expenses[1] ($mm) | 3Q 2018 Actual | 2H 2018 Guidance | % Realized[2] |
|---|---|---|---|
| Adjusted Operating Expenses | $106 | $212 - $222 | 49% |

[1] This reflects a non-GAAP measure.  Please refer to slides at the end of this presentation for reconciliation to the equivalent GAAP measure.

[2] Assumes midpoint of guidance.

Note: Numbers may not foot due to rounding.

# Debt Capitalization



| | ($mm) |
|---|---|
| **Current Debt Outstanding** | **$931** |
| LTM 3Q 2018 Adjusted EBITDA[1] | 531 |
| **Debt / LTM Adj. EBITDA** | **1.75x** |

| Debt Description | Rate | Maturity | 07 Nov 2018 |
|---|---|---|---|
| Term Loan | 5.09%[2] | 2022 | $400 |
| Bonds | 6.75% | 2022 | 500 |
| Japannext[3] | 5.00% | 2020 | 31 |
| **Total** | **5.98%[4]** | | **$931** |

[1] This reflects a non-GAAP measure.  Please refer to slides at the end of this presentation for reconciliation to the equivalent GAAP measure.

[2] Current rate of 3-month LIBOR + 275 bps

[3] 3.5B JPY

[4] Blended rate

# Virtu Capital Return since IPO



**VIRTU FINANCIAL**

| Adjusted EPS[1] & Dividend Payouts since IPO | 2Q15 to 4Q15[2] | FY 2016 | FY 2017 | 1Q 2018 | 2Q 2018 | 3Q 2018 |
|---|---|---|---|---|---|---|
| Normalized Adjusted EPS[1] | $0.93 | $0.97 | $0.57 | $0.76 | $0.31 | $0.22 |
| Dividends Declared | $0.72 | $0.96 | $0.96 | $0.24 | $0.24 | $0.24 |
| *Cumulative Payout Ratio* | *77%* | *88%* | *107%* | *89%* | *88%* | *89%* |

| Cumulative Capital Return since IPO | |
|---|---|
| Cumulative Adjusted EPS since IPO | $3.77 |
| Cumulative Dividends per Share since IPO | $3.36 |
| ***Cumulative % Payout since IPO*** | ***89%*** |
| | |
| Share Buyback Amount per Share[3] | $ 0.32 |
| ***Cumulative % Payout after Buyback*** | ***98%*** |

| Share Repurchase Update: | |
|---|---|
| Shares Repurchased To Date | 2,373,350 |
| Average Price | $26.08 |
| Total Amount Repurchased | $61.9 million |
| Total Repurchase Authorized | $100.0 million |

[1] This reflects a non-GAAP measure.  Please refer to slides at the end of this presentation for reconciliation to the equivalent GAAP measure.

[2] Virtu Financial, Inc. went public in 2Q 2015.

[3] Calculated as total dollar amount of shares repurchased to date divided by weighted average fully diluted shares outstanding.

Note: Numbers may not foot due to rounding.

# Balance Sheet and Trading Capital



| Assets ($mm) | 9/30/2018 |
|---|---|
| Cash and equivalents | $415.9 |
| Securities borrowed | 1,305.8 |
| Securities purchased under agreements to resell | 10.0 |
| Receivables from broker dealers and clearing organizations | 1,115.8 |
| Trading assets, at fair value | 2,926.8 |
| Property, equipment and capitalized software, net | 117.5 |
| Goodwill | 836.6 |
| Intangibles, net of accumulated amortization | 90.1 |
| Deferred taxes | 178.1 |
| Other assets | 242.0 |
| Total Assets | $7,238.5 |

| Liabilities and Equity ($mm) | 9/30/2018 |
|---|---|
| Short term borrowings, net | $14.6 |
| Securities loaned | 800.1 |
| Securities sold under agreements to repurchase | 301.2 |
| Payables to broker dealers and clearing organizations | 952.3 |
| Trading liabilities, at fair value | 2,398.1 |
| Tax receivable agreement obligations | 199.3 |
| Accounts payable and accrued expenses and other liabilities | 284.2 |
| Long-term borrowings, net | 904.0 |
| Total Liabilities | $5,853.9 |
| Equity | 1,384.6 |
| Total Liabilities and Equity | $7,238.5 |

| Trading Capital ($mm) | 9/30/2018 |
|---|---|
| Sum of Trading Assets | $5,774.2 |
| Sum of Trading Liabilities | $4,466.4 |
| Total Trading Capital | $1,307.8 |

# Appendix

# Market Metrics and Volumes



| Americas Equities | Type | Units | 1Q 2017 | 2Q 2017 | 3Q 2017 | 4Q 2017 | 1Q 2018 | 2Q 2018 | 3Q 2018 | 3Q 2018 vs. 2Q 2018 | 3Q 2018 vs. 3Q 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Volume Benchmarks (ADV)** | | | | | | | | | | | |
| U.S. Equity Consolidated ADV | Shares | M | 6,843 | 6,852 | 6,093 | 6,372 | 7,621 | 6,859 | 6,387 | - 6.9% | + 4.8% |
| U.S. Notional Value ADV | $USD | B | 270 | 276 | 260 | 273 | 382 | 331 | 312 | - 5.8% | + 20.0% |
| **Volatility Benchmarks (ADV)** | | | | | | | | | | | |
| SPX Implied Volatility - QTD | # | # | 11.69 | 11.43 | 10.94 | 10.31 | 17.36 | 15.34 | 12.86 | - 16.2% | + 17.5% |
| SPX Realized Volatility - QTD | # | # | 6.78 | 7.33 | 7.14 | 5.71 | 19.82 | 12.42 | 7.35 | - 40.8% | + 3.0% |
| *Ratio: Realized Volatility / VIX* | *Ratio* | % | *58.0%* | *64.2%* | *65.2%* | *55.4%* | *114.2%* | *81.0%* | *57.2%* | *- 29.4%* | *- 12.3%* |
| SPX Intraday Volatility | # | % | 0.57% | 0.55% | 0.48% | 0.45% | 1.38% | 0.99% | 0.60% | - 39.9% | + 24.8% |

| EMEA Equities | Type | Units | 1Q 2017 | 2Q 2017 | 3Q 2017 | 4Q 2017 | 1Q 2018 | 2Q 2018 | 3Q 2018 | 3Q 2018 vs. 2Q 2018 | 3Q 2018 vs. 3Q 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Volume Benchmarks (ADV)** | | | | | | | | | | | |
| Pan-EU Equity Shares (incl auction) | Shares | M | 4,978 | 5,340 | 4,052 | 4,419 | 5,503 | 4,836 | 4,244 | - 12.2% | + 4.7% |
| Pan-EU € Notional Value (incl auction) | Euro | B | 45.51 | 48.58 | 41.10 | 44.68 | 50.83 | 47.41 | 41.34 | - 12.8% | + 0.6% |
| **Volatility Benchmarks (ADV)** | | | | | | | | | | | |
| SX5E Implied Volatility - QTD | # | # | 15.50 | 16.27 | 14.32 | 12.87 | 17.00 | 14.90 | 14.23 | - 4.5% | - 0.6% |
| SX5E Realized Volatility - QTD | # | # | 9.71 | 12.07 | 10.16 | 8.49 | 14.88 | 12.19 | 10.77 | - 11.7% | + 6.0% |
| *Ratio: Realized Volatility / Implied* | *Ratio* | % | *63%* | *74%* | *71%* | *66%* | *88%* | *82%* | *76%* | *- 7.5%* | *+ 6.6%* |
| SX5E Intraday Volatility | # | % | 0.86% | 0.91% | 0.85% | 0.80% | 1.16% | 1.00% | 0.87% | - 13.0% | + 2.7% |

| APAC Equities | Type | Units | 1Q 2017 | 2Q 2017 | 3Q 2017 | 4Q 2017 | 1Q 2018 | 2Q 2018 | 3Q 2018 | 3Q 2018 vs. 2Q 2018 | 3Q 2018 vs. 3Q 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Volume Benchmarks (ADV)** | | | | | | | | | | | |
| TSE ADV | Shares | M | 2,259 | 2,234 | 2,101 | 2,078 | 1,934 | 1,779 | 1,627 | - 8.5% | - 22.6% |
| TSE Notional ADV | ¥ | B | 2,600 | 2,759 | 2,550 | 3,252 | 3,406 | 2,941 | 2,793 | - 5.0% | + 9.6% |
| OSE Nikkei 225 Futures (Total) | Contracts | # | 185,310 | 176,683 | 156,692 | 210,212 | 261,965 | 168,804 | 183,972 | + 9.0% | + 17.4% |
| **Volatility Benchmarks (ADV)** | | | | | | | | | | | |
| NKY Implied Volatility - QTD | # | # | 18.13 | 16.07 | 14.65 | 16.29 | 21.70 | 17.01 | 16.50 | - 3.0% | + 12.6% |
| NKY Realized Volatility - QTD | # | # | 14.89 | 10.91 | 9.38 | 11.82 | 23.36 | 10.72 | 13.82 | + 28.9% | + 47.3% |
| *Ratio: Realized Volatility / VNKY* | *Ratio* | % | *82%* | *68%* | *64%* | *73%* | *108%* | *63%* | *84%* | *+ 32.8%* | *+ 30.9%* |
| NKY Intraday Volatility | # | % | 0.81% | 0.69% | 0.57% | 0.87% | 1.30% | 0.81% | 0.94% | + 15.6% | + 63.6% |

# Market Metrics (continued)



| Global Commodities | Type | Units | 1Q 2017 | 2Q 2017 | 3Q 2017 | 4Q 2017 | 1Q 2018 | 2Q 2018 | 3Q 2018 | 3Q 2018 vs. 2Q 2018 | 3Q 2018 vs. 3Q 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Futures Contract Volume (ADV)** | | | | | | | | | | | |
| CME Energy ADV | Contracts | M | 2.497 | 2.632 | 2.693 | 2.489 | 2.754 | 2.630 | 2.199 | - 16.4% | - 18.3% |
| ICE Energy ADV | Contracts | M | 2.847 | 2.892 | 2.616 | 2.627 | 2.893 | 2.742 | 2.451 | - 10.6% | - 6.3% |
| Total Energy | Contracts | M | 5.344 | 5.524 | 5.309 | 5.116 | 5.647 | 5.372 | 4.650 | - 13.4% | - 12.4% |
| **Volatility Benchmarks (ADV)** | | | | | | | | | | | |
| GS Comm Implied Volatility - QTD | # | # | 254.84 | 260.66 | 263.67 | 272.17 | 273.50 | 268.23 | 264.73 | - 1.3% | + 0.4% |
| GS Comm Realized Volatility - QTD | # | # | 6.80 | 5.64 | 4.60 | 3.57 | 3.67 | 5.30 | 6.09 | + 15.0% | + 32.5% |
| *Ratio: Realized Volatility/Implied* | Ratio | % | 2.67% | 2.16% | 1.74% | 1.31% | 1.34% | 1.97% | 2.30% | + 16.6% | + 32.0% |
| OVX Implied Volatility - QTD | # | # | 29.34 | 30.93 | 29.19 | 25.21 | 25.18 | 27.29 | 26.28 | - 3.7% | - 10.0% |
| OVX Realized Volatility - QTD | # | # | 71.97 | 71.94 | 63.89 | 64.10 | 72.89 | 68.18 | 60.25 | - 11.6% | - 5.7% |
| *Ratio: Realized Volatility / Implied* | Ratio | % | 245% | 233% | 219% | 254% | 289% | 250% | 229% | - 8.2% | + 4.8% |
| CBOE Energy Sector Vol | # | # | 18.13 | 18.38 | 16.80 | 15.08 | 21.77 | 20.95 | 17.95 | - 14.3% | + 6.8% |
| CBOE/COMEX Gold Vol Index | # | # | 14.38 | 12.19 | 12.00 | 10.92 | 11.68 | 11.02 | 10.91 | - 1.0% | - 9.1% |
| **Global Currencies** | **Type** | **Units** | **1Q 2017** | **2Q 2017** | **3Q 2017** | **4Q 2017** | **1Q 2018** | **2Q 2018** | **3Q 2018** | **3Q 2018 vs. 2Q 2018** | **3Q 2018 vs. 3Q 2017** |
| **Spot and Futures Volume (ADV)** | | | | | | | | | | | |
| Hotspot ADV FX | $USD | M | 28,811 | 27,927 | 29,036 | 32,431 | 42,224 | 38,414 | 34,556 | - 10.0% | + 19.0% |
| Reuters ADV FX | $USD | M | 89,908 | 88,323 | 90,723 | 91,094 | 108,206 | 103,666 | 95,206 | - 8.2% | + 4.9% |
| EBS ADV FX | $USD | M | 55,517 | 51,006 | 56,474 | 50,097 | 65,167 | 72,740 | 82,873 | + 13.9% | + 46.7% |
| FastMatch FX | $USD | M | 17,661 | 20,494 | 18,313 | 17,183 | 20,192 | 21,429 | 19,397 | - 9.5% | + 5.9% |
| CME FX ADV | Contracts | K | 894 | 879 | 971 | 941 | 1,100 | 1,035 | 944 | - 8.8% | - 2.8% |
| **Volatility Benchmarks (ADV)** | | | | | | | | | | | |
| CVIX Implied Volatility - QTD | # | # | 10.04 | 7.91 | 8.09 | 7.36 | 7.77 | 7.23 | 7.42 | + 2.7% | - 8.2% |
| CVIX Realized Volatility - QTD | # | # | 50.00 | 59.74 | 29.22 | 24.39 | 36.20 | 33.31 | 35.93 | + 7.9% | + 23.0% |
| *Ratio: Realized Volatility / Implied* | Ratio | % | 4.98 | 7.55 | 3.61 | 3.31 | 4.66 | 4.61 | 4.84 | + 5.0% | + 33.9% |
| JPMVXYG7 Implied Volatility - QTD | # | # | 10.10 | 7.98 | 8.17 | 7.41 | 7.83 | 7.34 | 7.54 | + 2.6% | - 7.8% |
| JPMVXYG7 Realized Volatility - QTD | # | # | 35.16 | 39.53 | 27.67 | 22.76 | 39.44 | 29.54 | 29.55 | + 0.0% | + 6.8% |
| *Ratio: Realized Volatility / Implied* | Ratio | % | 3.48 | 4.95 | 3.39 | 3.07 | 5.04 | 4.02 | 3.92 | - 2.5% | + 15.8% |
| JPMorgan Emerging Market Volatility | # | # | 10.08 | 8.34 | 7.64 | 7.97 | 8.11 | 8.94 | 11.19 | + 25.2% | + 46.5% |
| CBOE/CME FX € Vol Index | # | # | 8.49 | 8.29 | 8.22 | 6.70 | 7.97 | 7.57 | 7.42 | - 1.9% | - 9.7% |
| CBOE/CME FX ¥ Vol Index | # | # | 11.72 | 9.28 | 9.47 | 8.33 | 8.97 | 7.68 | 7.58 | - 1.4% | - 20.0% |
| CBOE/CME FX £ Vol Index | # | # | 10.06 | 8.38 | 8.04 | 8.07 | 8.85 | 7.98 | 8.50 | + 6.6% | + 5.8% |
| **Options, Fixed Income, & Other Securities** | **Type** | **Units** | **1Q 2017** | **2Q 2017** | **3Q 2017** | **4Q 2017** | **1Q 2018** | **2Q 2018** | **3Q 2018** | **3Q 2018 vs. 2Q 2018** | **3Q 2018 vs. 3Q 2017** |
| **Futures and Options Contract Volume (ADV)** | | | | | | | | | | | |
| OCC ADV | Contracts | M | 16.56 | 16.68 | 16.18 | 17.35 | 22.41 | 18.81 | 18.29 | - 2.7% | + 13.0% |
| VIX Futures Volume | Contracts | # | 255,161 | 306,381 | 330,864 | 284,008 | 382,685 | 252,674 | 227,376 | - 10.0% | - 31.3% |

# Virtu GAAP Income Statement



| Income Statement ($mm) | 4Q 2017 | 1Q 2018 | 2Q 2018 | 3Q 2018 | YTD 9/30/18 |
|---|---|---|---|---|---|
| Trading income, net | $286.4 | $406.2 | $258.6 | $235.7 | $900.5 |
| Commissions, net and technology services | 62.2 | 53.8 | 46.6 | 40.3 | 140.7 |
| Interest and dividends | 22.1 | 17.9 | 21.9 | 21.5 | 61.3 |
| Other | 89.7 | 337.1 | 1.0 | (2.3) | 335.9 |
| **Total Revenues** | **$460.4** | **$815.1** | **$328.1** | **$295.1** | **$1,438.3** |
| Brokerage, exchange and clearance fees | 81.7 | 87.8 | 73.3 | 68.6 | 229.8 |
| Communications and data processing | 48.3 | 49.5 | 48.8 | 39.5 | 137.8 |
| Employee compensation and payroll taxes | 66.4 | 64.7 | 41.2 | 44.8 | 150.7 |
| Payment for order flow | 15.7 | 16.3 | 15.8 | 18.3 | 50.4 |
| Interest and dividends expense | 36.1 | 33.6 | 35.0 | 32.6 | 101.2 |
| Operations and administrative | 28.1 | 19.9 | 16.6 | 17.3 | 53.7 |
| Termination of office leases | 1.9 | 20.0 | 1.8 | 1.4 | 23.3 |
| Depreciation and amortization | 18.2 | 15.3 | 16.2 | 16.0 | 47.6 |
| Amortization of purchased intangibles and acquired capitalized software | 8.9 | 6.9 | 6.8 | 6.4 | 20.0 |
| Debt issue cost related to debt refinancing | 1.1 | 6.0 | 2.4 | 3.3 | 11.7 |
| Transaction fees and expenses | 1.0 | 7.5 | 1.8 | (0.3) | 9.0 |
| Share based compensation at IPO | 0.2 | 0.0 | 0.0 | - | 0.0 |
| Financing interest expense | 24.0 | 19.0 | 18.8 | 17.7 | 55.5 |
| **Total Operating Expenses** | **$331.5** | **$346.5** | **$278.5** | **$265.7** | **$890.7** |
| **Income before income taxes** | **$128.9** | **$468.5** | **$49.6** | **$29.4** | **$547.6** |
| Provision for income taxes | 81.1 | 58.5 | 3.0 | 13.8 | 75.3 |
| **Net Income** | **$47.8** | **$410.0** | **$46.6** | **$15.6** | **$472.3** |

# Adjusted Net Trading Income Reconciliation
## *Consolidated Business*



| Adjusted Net Trading Income Reconciliation ($mm) | 4Q 2017 | 1Q 2018 | 2Q 2018 | 3Q 2018 |
|---|---|---|---|---|
| **Trading income, net** | **$286.4** | **$406.2** | **$258.6** | **$235.7** |
| Commissions, net and technology services | 62.2 | 53.8 | 46.6 | 40.3 |
| Brokerage, exchange and clearance fees, net | (81.7) | (87.8) | (73.3) | (68.6) |
| Payments for order flow | (15.7) | (16.3) | (15.8) | (18.3) |
| Interest and dividends, net | (14.1) | (15.7) | (13.1) | (11.1) |
| **Adjusted Net Trading Income** | **$237.3** | **$340.3** | **$202.9** | **$177.9** |

Note: Numbers may not foot due to rounding.

# Adjusted Net Trading Income Reconciliation
## *Operating Segments*



| Adjusted Net Trading Income Reconciliation | Market Making | | | |
|---|---|---|---|---|
| ($mm) | 4Q 2017 | 1Q 2018 | 2Q 2018 | 3Q 2018 |
| **Trading income, net** | **$287.3** | **$405.7** | **$258.6** | **$235.6** |
| Commissions, net and technology services | 7.1 | 8.5 | 6.8 | 6.6 |
| Brokerage, exchange and clearance fees, net | (61.7) | (69.1) | (59.8) | (54.3) |
| Payments for order flow | (15.6) | (16.2) | (15.8) | (18.3) |
| Interest and dividends, net | (13.0) | (15.4) | (13.2) | (10.7) |
| **Adjusted Net Trading Income** | **$204.1** | **$313.5** | **$176.7** | **$158.9** |

| Adjusted Net Trading Income Reconciliation | Execution Services | | | |
|---|---|---|---|---|
| ($mm) | 4Q 2017 | 1Q 2018 | 2Q 2018 | 3Q 2018 |
| **Trading income, net** | **($2.1)** | **$0.5** | **($0.0)** | **$0.1** |
| Commissions, net and technology services | 55.1 | 45.3 | 39.8 | 33.7 |
| Brokerage, exchange and clearance fees, net | (20.0) | (18.8) | (13.5) | (14.3) |
| Payments for order flow | (0.1) | (0.1) | (0.0) | (0.0) |
| Interest and dividends, net | 0.2 | (0.3) | 0.1 | (0.4) |
| **Adjusted Net Trading Income** | **$33.2** | **$26.7** | **$26.3** | **$19.0** |

| Adjusted Net Trading Income Reconciliation | Corporate | | | |
|---|---|---|---|---|
| ($mm) | 4Q 2017 | 1Q 2018 | 2Q 2018 | 3Q 2018 |
| **Trading income, net** | **$1.2** | **-** | **-** | **-** |
| Commissions, net and technology services | - | - | - | - |
| Brokerage, exchange and clearance fees, net | - | - | - | - |
| Payments for order flow | - | - | - | - |
| Interest and dividends, net | (1.2) | 0.04 | - | 0.02 |
| **Adjusted Net Trading Income** | **($0.05)** | **$0.04** | **-** | **$0.02** |

Note: Numbers may not foot due to rounding.

# Adjusted Net Trading Income Reconciliation
## *Market Making*



| Adjusted Net Trading Income Reconciliation | Americas Equities | | | |
|---|---|---|---|---|
| ($mm) | 4Q 2017 | 1Q 2018 | 2Q 2018 | 3Q 2018 |
| Trading income, net | $186.7 | $273.2 | $166.6 | $146.4 |
| Commissions, net and technology services | 7.1 | 8.5 | 6.7 | 6.5 |
| Brokerage, exchange and clearance fees, net | (31.2) | (41.1) | (28.7) | (23.2) |
| Payments for order flow | (15.6) | (16.2) | (15.8) | (18.3) |
| Interest and dividends, net | (5.9) | (8.7) | (6.5) | (5.9) |
| Adjusted Net Trading Income | $141.1 | $215.7 | $122.4 | $105.5 |

| Adjusted Net Trading Income Reconciliation | ROW Equities | | | |
|---|---|---|---|---|
| ($mm) | 4Q 2017 | 1Q 2018 | 2Q 2018 | 3Q 2018 |
| Trading income, net | $57.6 | $51.7 | $31.8 | $34.4 |
| Commissions, net and technology services | - | - | - | - |
| Brokerage, exchange and clearance fees, net | (19.3) | (15.9) | (12.0) | (15.9) |
| Payments for order flow | - | - | - | - |
| Interest and dividends, net | (3.5) | (2.4) | (2.7) | (1.9) |
| Adjusted Net Trading Income | $34.8 | $33.4 | $17.0 | $16.6 |

| Adjusted Net Trading Income Reconciliation | Global FICC, Options, Other | | | |
|---|---|---|---|---|
| ($mm) | 4Q 2017 | 1Q 2018 | 2Q 2018 | 3Q 2018 |
| Trading income, net | $45.0 | $82.1 | $55.8 | $58.1 |
| Commissions, net and technology services | 0.01 | (0.02) | 0.1 | 0.1 |
| Brokerage, exchange and clearance fees, net | (12.0) | (12.5) | (16.3) | (14.9) |
| Payments for order flow | - | - | - | - |
| Interest and dividends, net | (2.4) | (3.3) | (3.2) | (2.5) |
| Adjusted Net Trading Income | $30.6 | $66.3 | $36.3 | $40.8 |

| Adjusted Net Trading Income Reconciliation | Unallocated | | | |
|---|---|---|---|---|
| ($mm) | 4Q 2017 | 1Q 2018 | 2Q 2018 | 3Q 2018 |
| Trading income, net | ($2.0) | ($1.2) | $4.5 | ($3.4) |
| Commissions, net and technology services | - | - | - | - |
| Brokerage, exchange and clearance fees, net | 0.8 | 0.5 | (2.8) | (0.3) |
| Payments for order flow | - | - | - | - |
| Interest and dividends, net | (1.2) | (1.1) | (0.7) | (0.4) |
| Adjusted Net Trading Income | ($2.4) | ($1.8) | $1.0 | ($4.0) |

Note: Numbers may not foot due to rounding.

# Adjusted EPS Reconciliation



| Adjusted EPS Reconciliation ($mm) | 4Q 2017 | 1Q 2018 | 2Q 2018 | 3Q 2018 | YTD 9/30/18 |
|---|---|---|---|---|---|
| **Pre-Tax Income (Loss)** | **$128.9** | **$468.5** | **$49.6** | **$29.4** | **$547.6** |
| Intangible amortization | 8.9 | 6.9 | 6.8 | 6.4 | 20.0 |
| Debt issue costs related to financing | 1.1 | 6.0 | 2.4 | 3.3 | 11.7 |
| Severance[1] | 4.7 | 3.7 | 2.6 | 1.3 | 7.6 |
| Reserve for legal matter | 2.8 | - | 0.4 | 1.6 | 2.0 |
| Transaction fees and expenses | 1.0 | 7.5 | 1.8 | (0.3) | 9.0 |
| Trading related settlement income | (0.6) | - | - | - | - |
| Office lease termination | 1.9 | 20.0 | 1.8 | 1.4 | 23.3 |
| Write-down of assets | 0.7 | 0.9 | 1.8 | 0.5 | 3.2 |
| Shared based compensation | 6.0 | 9.3 | 6.7 | 8.5 | 24.6 |
| Connectivity early termination | - | 2.5 | 4.6 | - | 7.1 |
| Loss/(gain) on sale of business | - | (337.5) | - | 2.3 | (335.2) |
| Other | (89.7) | 0.5 | (1.0) | (0.1) | (0.6) |
| **Normalized Adjusted Pre-Tax Income** | **$65.7** | **$188.3** | **$77.4** | **$54.6** | **$320.3** |
| Taxes (2018: 23%; 2017: 37%) | 24.3 | 43.3 | 17.8 | 12.6 | 73.7 |
| **Normalized Adjusted Net Income** | **$41.4** | **$145.0** | **$59.6** | **$42.0** | **$246.7** |
| Weighted average fully diluted shares outstanding | 188.2 | 190.1 | 191.1 | 192.0 | 190.9 |
| **Normalized Adjusted EPS** | **$0.22** | **$0.76** | **$0.31** | **$0.22** | **$1.29** |

[1] Includes $1.4 million of contractually obligated success bonus to BondPoint employees upon closing of BondPoint sale in 1Q 2018

# EBITDA & Adjusted EBITDA Reconciliation



| EBITDA / Adjusted EBITDA Reconciliation ($mm) | 4Q 2017 | 1Q 2018 | 2Q 2018 | 3Q 2018 | YTD 9/30/18 |
|---|---|---|---|---|---|
| **Pre-Tax Income (Loss)** | **$128.9** | **$468.5** | **$49.6** | **$29.4** | **$547.6** |
| Interest expense | 25.1 | 25.1 | 21.1 | 21.1 | 67.3 |
| Depreciation and amortization | 27.1 | 22.2 | 23.0 | 22.4 | 67.6 |
| **EBITDA** | **$181.1** | **$515.8** | **$93.8** | **$72.9** | **$682.5** |
| Loss/(gain) on sale of business | - | (337.5) | - | 2.3 | (335.2) |
| **EBITDA less loss/(gain) on sale of business** | **$181.1** | **$178.2** | **$93.8** | **$75.2** | **$347.2** |
| *EBITDA Margin* | *76.3%* | *52.4%* | *46.2%* | *42.3%* | *48.2%* |
| Severance[1] | 4.7 | 3.7 | 2.6 | 1.3 | 7.6 |
| Reserve for legal matter | 2.8 | - | 0.4 | 1.6 | 2.0 |
| Transaction fees and expenses | 1.0 | 7.5 | 1.8 | (0.3) | 9.0 |
| Trading related settlement income | (0.6) | - | - | - | - |
| Office lease termination | 1.9 | 20.0 | 1.8 | 1.4 | 23.3 |
| Write-down of assets | 0.7 | 0.9 | 1.8 | 0.5 | 3.2 |
| Shared based compensation | 6.0 | 9.3 | 6.7 | 8.5 | 24.6 |
| Connectivity early termination | - | 2.5 | 4.6 | - | 7.1 |
| Other | (89.7) | 0.5 | (1.0) | (0.1) | (0.6) |
| **Adjusted EBITDA** | **$107.9** | **$222.7** | **$112.4** | **$88.3** | **$423.4** |
| *Adjusted EBITDA Margin* | *45.5%* | *65.4%* | *55.4%* | *49.6%* | *58.7%* |

[1] Includes $1.4 million of contractually obligated success bonus to BondPoint employees upon closing of BondPoint sale in 1Q 2018

# Adjusted Operating Expenses Reconciliation



| Adjusted Operating Expenses Reconciliation ($mm) | 4Q 2017 | 1Q 2018 | 2Q 2018 | 3Q 2018 | YTD 9/30/18 |
|---|---|---|---|---|---|
| Employee compensation and payroll taxes | $66.4 | $64.7 | $41.2 | $44.8 | $150.7 |
| Operations and administrative | 28.1 | 19.9 | 16.6 | 17.3 | 53.8 |
| Communications and data processing | 48.3 | 49.5 | 48.8 | 39.5 | 137.8 |
| Depreciation and amortization | 18.2 | 15.3 | 16.2 | 16.0 | 47.6 |
| Less: | | | | | |
| Severance[1] | (4.7) | (3.7) | (2.6) | (1.3) | (7.6) |
| Share based compensation | (5.8) | (9.3) | (6.7) | (8.5) | (24.6) |
| Reserve for legal matters | (2.8) | - | (0.4) | (1.6) | (2.0) |
| Connectivity early termination | - | (2.5) | (4.6) | - | (7.1) |
| Write-down of assets | (0.7) | (0.9) | (1.8) | (0.5) | (3.2) |
| **Adjusted Operating Expenses** | **$147.0** | **$132.9** | **$106.8** | **$105.6** | **$345.3** |

[1] Includes $1.4 million of contractually obligated success bonus to BondPoint employees upon closing of BondPoint sale in 1Q 2018