# Exhibit L

Bloomberg Law News 2026-01-03T14:30:38936081872-05:00

# Virtu Said to Pursue Takeover of Investment Technology Group (2)

By Nick Baker and Annie Massa2018-10-04T11:41:09000-04:00

- Companies have been holding recent discussions about a deal
- Potential transaction would follow Virtu's purchase of KCG

High-speed trading firm Virtu Financial Inc. is seeking to acquire independent brokerage Investment Technology Group Inc. as pressure mounts for proprietary traders to branch out.

Virtu is working with a financial adviser to pursue ITG, according to people familiar with the matter, who asked to not be named because the information isn't public. The companies have recently been holding talks about a deal. No decision has been made and ITG could decide to remain independent.

Representatives for Virtu and ITG declined to comment.



© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Virtu Said to Pursue Takeover of Investment Technology Group (2)

A purchase of ITG would continue Virtu's transformation from a company that places bids and offers on exchanges to one that has relationships with customers. Virtu's $1.3 billion acquisition of rival high-frequency trader KCG Holdings Inc. last year gave it a business that executes orders for retail brokerages. ITG would deliver big institutional investors.

ITG, based in New York, offers equity, options, derivatives and other trading products. It also runs a private trading platform known as a dark pool.

©2018 Bloomberg L.P. All rights reserved. Used with permission

With assistance from Matthew Monks

To contact the reporters on this story: Nick Baker in Chicago at nbaker7@bloomberg.net; Annie Massa in New York at amassa12@bloomberg.net

To contact the editors responsible for this story: Margaret Collins at mcollins45@bloomberg.net; Elizabeth Fournier at efournier5@bloomberg.net

**Bloomberg Law**®

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service