# Exhibit M

**Goldman Sachs** | Equity Research

5 October 2018 | 2:19PM EDT

# Virtu Financial Inc. (VIRT): Reported to be in talks to acquire ITG; hypothetical accretion analysis

On 10/4/18, Bloomberg reported that VIRT (Neutral-rated) is in talks to acquire ITG (not covered) for an undisclosed amount. While we take no view on the likelihood of a transaction materialising, below we consider a potential strategic rationale and provide a hypothetical accretion/dilution analysis. While the recent acquisition of KCG could provide some parallels for investors, we see significant differences between a potential ITG deal and how KCG played out.VIRT's acquisition of KCG in 2017 has been successful in terms of generating material cost synergies and demonstrating VIRT's ability to both integrate a large acquisition and de-lever quickly. However, revenue synergies have been harder to discern given a) limited disclosure on revenue run-rates from legacy businesses and b) recent deterioration in revenues of the combined entity (we estimate 2Q/3Q average revenues are roughly 20% below 4Q17 levels – the first full quarter of KCG in the run rate).

We view ITG's core business as fundamentally different to KCG's, as ITG revenues largely come from execution services (dark pool operator and algo provider, among other solutions) while KCG's core business has been largely retail market making with smaller execution services attached. Moreover, we think KCG's operations presented material cost reduction and capital rationalization opportunities, which may not exist with ITG given its significant business differences. Still, our scenario analysis implies 5%-9% accretion to VIRT's adjusted cons (Factset) 2019E EPS based on a ramp to 25% - 35% cost synergy realization (18-23% on GS estimates, which are below the Street for 2019). Fully synergized, our scenario analysis implies 21-32% accretion on consensus 2019 EPS and 37%-50% on GS estimates. That said, given historically weak revenue growth at ITG, a deteriorating revenue backdrop at VIRT, and potential revenue dis-synergies based on business overlap, we see risks to the outlook for a potential combined company. See inside for additional details.

**Alexander Blostein, CFA**
+1(212)357-9976 |
alexander.blostein@gs.com
Goldman Sachs & Co. LLC

**Sheriq Sumar, CFA**
+1(212)902-3299 |
sheriq.sumar@gs.com
Goldman Sachs & Co. LLC

**Ryan Bailey**
+1(212)357-7512 | ryan.p.bailey@gs.com
Goldman Sachs & Co. LLC

**Daniel Jacoby**
+1(212)357-4319 |
daniel.jacoby@gs.com
Goldman Sachs & Co. LLC

**Aditya Sharma**
+1(212)934-9869 |
aditya.x.sharma@gs.com
Goldman Sachs India SPL

Goldman Sachs does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. For Reg AC certification and other important disclosures, see the Disclosure Appendix, or go to www.gs.com/research/hedge.html. Analysts employed by non-US affiliates are not registered/qualified as research analysts with FINRA in the U.S.

This document is being provided for the exclusive use of ANDREW SMITH at VIRTU AMERICAS LLC

Goldman Sachs

Virtu Financial Inc. (VIRT)

## A quick look at ITG

ITG delivers services through three primary business lines – Execution Services, Workflow Technology and Analytics. Execution Services is the primary driver of revenues at over 70% and includes (a) POSIT, the firm's dark pool / ATS, (b) self-directed trading using the firm's algorithms and smart order routing, and to a lesser degree (c) portfolio trading / single stock sales trading and (d) futures and options trading. Within Workflow Technology, ITG provides trade order and execution management software applications and network connectivity. In Analytics, ITG offers tools to improve pre-trade, real-time and post-trade execution performance, portfolio construction and other services. Geographically, the firm operates in four segments — US, Canada, Europe and Asia Pacific. US and Europe comprise the bulk of the revenue, with Europe growth recently accelerating. See Exhibits 1-2.

The firm's performance has been mixed over the years, with a -4% 2015-2017 revenue CAGR. 2018 is expected to be a stronger year (based on consensus estimates), though largely due to volatility experienced in 1Q. ITG's adjusted EBITDA margins are materially lower than VIRT's at around 13% in 2017 and 18% in 2018E (FactSet). See Exhibits 3-4.

**Exhibit 1: Execution services account for 71% of ITG's total revenue**
2H18 revenue breakdown ($260mn)



Source: Company data

**Exhibit 2: US and Europe are the major revenue contributors at ITG**
2H18 Revenue breakdown by region



Source: Company Data

This document is being provided for the exclusive use of ANDREW SMITH at VIRTU AMERICAS LLC

Goldman Sachs                                                                Virtu Financial Inc. (VIRT)

**Exhibit 3: ITG revenues declined in 2015 and while consensus expects revenues to pick up in 2018, it's largely due to higher equity volatility in 1H18**
$mn



**Exhibit 4: ITG's EBITDA is significantly lower than VIRT's**
ITG and VIRT's EBITDA Margin



Source: Company Data, Factset                                               Source: Company data

# Hypothetical accretion/dilution analysis

While we do not take a view on the likelihood of a transaction occurring, for illustrative purposes we provide a hypothetical accretion/dilution scenario analysis based on industry comps and recent transactions in the Market Structure space; we acknowledge that a range of outcomes exists outside those we present. Our scenario analysis implies 5% to 9% accretion to consensus 2019E EPS (18% to 23% on GS estimates, which are below the Street). We incorporate 40% of total estimated synergies in year 1 as it typically takes 3 years to fully integrate market structure deals (based on recent transactions), with the bulk of synergies being realized in the first two years. On a fully synergized basis, we expect 21% to 32% accretion on 2019 cons EPS (37% to 50% on GS estimates).

Key assumptions underlying our analysis:

**Purchase price:** We considered two of the most recent acquisitions within the market structure space - CBOE's acquisition of BATS and VIRT's acquisition of KCG, as recently there have not been many meaningful aquistions in the public space. Based on take out multiples for both, we use a range of 23X-25X NTM P/E for a hypothetical take out multiple for ITG. This implies a purchase price of $960mn to $1.04bn or $29-$31 per share. See Exhibit 5.

**Funding:** We assume that VIRT would be able to fund the purchase price entirely with debt. VIRT raised debt to partially fund the acquisition of KCG – driving its leverage ratio to 3.3x pro-forma EBITDA. That said, given strong cash flow generating capabilities, VIRT managed to bring its leverage ratio much below its initial target and it currently stands at 1.9x. As a result, we believe VIRT could lever back up to 3.3x debt/EBITDA (pro-forma fully synergized basis), implying up to $1.6bn of additional debt capacity to fund a potential ITG acquisition. We assume a

This document is being provided for the exclusive use of ANDREW SMITH at VIRTU AMERICAS LLC

LIBOR + 275bps interest expense on the debt — in line with what VIRT is currently paying on its term loan. See Exhibit 6.

**Cost Synergies:** In recent market structure transactions, acquirers have managed to generate around 40% of the target's base cost in expense synergies in the first year and take about three years to fully integrate based on recent deals (Exhibit 7). In our analysis, we assume total synergies at a range of 25% to 35% of ITG's 2017 expense base. This is lower than VIRT's synergies with KCG given business differences.

**De-leveraging**: Similar to the KCG deal, we assume VIRT will aim to de-lever back to its pre-acquisition levels by using cash flow from operations. Based on our forecasts for net income, capital return and capex, we assume VIRT should be able to bring down the level of debt by $200mn per year. This slightly lowers the interest expense in our analysis.

**Tax rate:** We assume 23% tax rate for the combined entity which is VIRT's current tax rate.

For the purposes of our accretion analysis (Exhibit 8), we focus on the key variable — synergies. For this illustration, we use the midpoint of the purchase price given limited impact on the analysis (the full range of purchase prices would suggest interest expense of $100mn-105mn). We provide a pro-forma model on our VIRT estimates, with an additional analysis on consensus estimates given our estimates for VIRT are materially lower than consensus based on weaker revenue assumptions. All forecasts for ITG are consensus (FactSet) estimates.

**Exhibit 5: Based on prior comparable deals, we assume ITG could get anywhere between 23x-25x NTM P/E which is at around a 30%-40% premium to Wednesday's close**

Purchase consideration

|  | Purchase Price | | | |
|---|---|---|---|---|
| Purchase Multiple (NTM P/E) | 23.0x | 23.5x | 24.0x | 25.0x |
| Equity Value ($mn) | 958 | 979 | 999 | 1,041 |
| Share Count (mn) | 33.5 | 33.5 | 33.5 | 33.5 |
| Share Price ($) | $28.6 | $29.2 | $29.8 | $31.0 |
| Premium to Share Price (10/03) | 29% | 32% | 35% | 41% |

Source: Company Data, Goldman Sachs Global Investment Research

**Exhibit 6: Assuming VIRT could lever back up to 3.3x implies it could raise an additional $1.6bn in debt**

Leverage ratio and debt capacity; RHS in $mn



Source: Company data, Goldman Sachs Global Investment Research.

This document is being provided for the exclusive use of ANDREW SMITH at VIRTU AMERICAS LLC

**Goldman Sachs**    Virtu Financial Inc. (VIRT)

---

**Exhibit 7: Historically, acquirers have managed to extract around 40% of target's expenses as synergies**

Expense synergies as % of Target expenses



Source: Company data, Goldman Sachs Global Investment Research

---

**Exhibit 8: Based on our assumptions, we believe VIRT could see 5% to 9% EPS upside to cons 2019E on partial synergy realization and 21% to 32% on fully synergized basis for cons 2019**

VIRT + ITG - EPS Accretion

| $mn | VIRT | | | | ITG | | | | VIRT + ITG | | Pro-Forma (Partial Synergies in 2019: 40%) | | | | Pro-Forma (Fully Synergized in 2019) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2017 | 2018E | 2019E | 2020E | 2017 | 2018E | 2019E | 2020E | 2017 | 2018E | 2019E | 2019E | 2019E | 2019E | 2019E | 2019E | 2019E | 2019E |
| Range of potential expense synergies - % of ITG 2017 Expenses | | | | | | | | | | | 25% | 28% | 32% | 35% | 25% | 28% | 32% | 35% |
| Range of potential expense synergies - $ | | | | | | | | | | | 116 | 130 | 149 | 163 | 116 | 130 | 149 | 163 |
| Total Revenue | 559 | 923 | 845 | 865 | 484 | 512 | 552 | 599 | 1,043 | 1,435 | 1,397 | 1,397 | 1,397 | 1,397 | 1,397 | 1,397 | 1,397 | 1,397 |
| Total Adjusted Expenses | 348 | 456 | 424 | 427 | 466 | 464 | 483 | 517 | 814 | 920 | 907 | 907 | 907 | 907 | 907 | 907 | 907 | 907 |
| Operating Income | 211 | 467 | 421 | 438 | 18 | 46 | 67 | 80 | 229 | 513 | 490 | 490 | 490 | 490 | 490 | 490 | 490 | 490 |
| *Operating Margin* | *38%* | *51%* | *50%* | *51%* | *4%* | *9%* | *12%* | *13%* | *22%* | *36%* | *35%* | *35%* | *35%* | *35%* | *35%* | *35%* | *35%* | *35%* |
| *Expense Synergies* | | | | | | | | | | | *47* | *52* | *60* | *65* | *116* | *130* | *149* | *163* |
| Operating Income post synergies | | | | | | | | | | | 537 | 543 | 550 | 556 | 607 | 621 | 639 | 653 |
| *Operating Margin post Synergies* | | | | | | | | | | | *38%* | *39%* | *39%* | *40%* | *43%* | *44%* | *46%* | *47%* |
| Adj. EBITDA | 258 | 531 | 485 | 500 | 61 | 92 | 114 | 128 | 320 | 623 | 599 | 599 | 599 | 599 | 599 | 599 | 599 | 599 |
| *EBITDA Margin* | *46%* | *58%* | *57%* | *58%* | *13%* | *18%* | *21%* | *21%* | *31%* | *43%* | *43%* | *43%* | *43%* | *43%* | *43%* | *43%* | *43%* | *43%* |
| *Expense Synergies* | | | | | | | | | | | *47* | *52* | *60* | *65* | *116* | *130* | *149* | *163* |
| EBITDA post synergies | | | | | | | | | | | 645 | 651 | 658 | 664 | 715 | 729 | 748 | 762 |
| *EBITDA margin post Synergies* | | | | | | | | | | | *46%* | *47%* | *47%* | *48%* | *51%* | *52%* | *54%* | *55%* |
| Interest Expense | -60 | -67 | -51 | -53 | -2 | -2 | -2 | -2 | -62 | -69 | -102 | -102 | -102 | -102 | -102 | -102 | -102 | -102 |
| Non Operating Income/Expense | | | | | 0 | 7 | 3 | 2 | (0) | 7 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| Pre-Tax Earnings | 151 | 401 | 370 | 385 | 16 | 51 | 68 | 80 | 166 | 451 | 438 | 444 | 451 | 457 | 508 | 522 | 541 | 555 |
| Taxes | 55 | 92 | 85 | 89 | 5 | 13 | 12 | 13 | 60 | 105 | 101 | 102 | 104 | 105 | 117 | 120 | 124 | 128 |
| *Tax Rate* | *36%* | *23%* | *23%* | *23%* | *34%* | *25%* | *18%* | *16%* | *36%* | *23%* | *23%* | *23%* | *23%* | *23%* | *23%* | *23%* | *23%* | *23%* |
| Net Income | 96 | 308 | 285 | 297 | 10 | 38 | 56 | 67 | 106 | 346 | 337 | 342 | 348 | 352 | 391 | 402 | 416 | 427 |
| Pro-forma wght avg shares | 162.2 | 191.0 | 193.3 | 193.9 | 34.4 | 33.5 | 33.0 | 32.3 | | | 193 | 193 | 193 | 193 | 193 | 193 | 193 | 193 |
| Diluted EPS | $0.59 | $1.62 | $1.48 | $1.53 | $0.30 | $1.13 | $1.69 | $2.07 | | | $1.75 | $1.77 | $1.80 | $1.82 | $2.02 | $2.08 | $2.15 | $2.21 |
| EPS Accretion/Dilution vs. GSe | | | | | | | | | | | 18% | 20% | 22% | 23% | 37% | 41% | 46% | 50% |
| Cons EPS est. - Accretion/Dilution | | $1.67 | $1.73 | $1.83 | | | | | | | 5% | 6% | 8% | 9% | 21% | 25% | 29% | 32% |

Source: Company data, Goldman Sachs Global Investment Research, Factset

---

# A closer look at a potential strategic rationale

VIRT's acquisition experience with KCG has been largely positive given considerable expense synergies and faster than expected deleveraging/capital release. That said, we do not necessarily view the KCG dynamic as the play book for an ITG acquisition, were it to take place, given:

In the KCG deal, VIRT identified $338mn in total expense reductions or 58% of KCG's original expense base. We think KCG's relatively inefficient operating structure left a lot of room for cost reductions, which might not be repeatable in every deal. Moreover, we think given KCG's business was largely driven by market making activities, there were more synergy opportunities with VIRT (given it was also

This document is being provided for the exclusive use of ANDREW SMITH at VIRTU AMERICAS LLC

Goldman Sachs                                                                                    Virtu Financial Inc. (VIRT)

originally a market maker, albeit not in retail) vs. ITG, which does not have the same business mix as KCG did.

Divestitures accelerated some of the capital return story for VIRT with KCG. Notably, VIRT acquired KCG for an equity value of $1.4bn. Following completion, VIRT sold BondPoint to ICE for $400mn, creating significant capital relief for faster de-leveraging. Within ITG, it is unclear which if any of the firm's businesses VIRT could potentially carve out and sell.

In terms of strategic rationale, prior to the KCG acquisition, VIRT attempted to branch out into execution services on a one-off/idiosyncratic basis (with TROW being one of its more notable public clients). KCG added execution services capabilities (now roughly ~13% of VIRT's revenues) and scale. A potential deal with ITG could further push VIRT into the execution services direction, though potentially creating operational complexities given differences in the model. In addition, we could also envision some revenue risks here given ITG operates a large dark pool and other market makers might be less compelled to route to a competitors' trading venue, in our view.

**Exhibit 9: Of the $1.4bn paid for KCG, VIRT was able to sell BondPoint to ICE for $400mn**
KCG purchase price breakdown



Source: Company Data

**Exhibit 10: VIRT has identified 58% (by 2019) in cost synergies from KCG's expense base**
KCG Expense (Total 2016: $582mn)



Source: Company Data

This document is being provided for the exclusive use of ANDREW SMITH at VIRTU AMERICAS LLC

Goldman Sachs

Virtu Financial Inc. (VIRT)

**Exhibit 11: Standalone VIRT had minimal exposure to execution services.....**

VIRT's 2016 revenue breakdown at the time



Source: Company data

**Exhibit 12: ...and through the acquisition of KCG....**

KCG's 2016 revenue breadown



Source: Company Data

**Exhibit 13: Execution services now contribute roughly 13% of VIRT's revenue**

VIRT's revenue breakdown as of 2Q18



Source: Company data

**Exhibit 14: Following the acquisition of IGT it could roughly be around 40% of its revenue**

Pro-forma 2Q18 revenue breakdown for VIRT + ITG



Source: Company data, Goldman Sachs Global Investment Research

**Valuation:** We are Neutral rated on VIRT with a 12 month price target of $19 based on 13x 2019E EPS

**Risks:** Upside: Higher than expected KCG deal synergies; Downside: lower volatility, integration costs

This document is being provided for the exclusive use of ANDREW SMITH at VIRTU AMERICAS LLC

**Goldman Sachs**

Virtu Financial Inc. (VIRT)

| VIRT | 12m Price Target: **$19.00** | Price: **$22.75** | Downside: **16.5%** |
| --- | --- | --- | --- |

| Neutral | GS Forecast | | | | |
| --- | --- | --- | --- | --- | --- |
| | | **12/17** | **12/18E** | **12/19E** | **12/20E** |
| Market cap: $4.3bn | Revenue ($ mn) | 559.3 | 923.1 | 845.0 | 865.3 |
| 3m ADTV: $21.1mn | EBIT ($ mn) | 150.7 | 400.5 | 370.4 | 385.1 |
| United States | EPS ($) | 0.59 | 1.62 | 1.48 | 1.53 |
| America-Market Structure: Neutral | P/E (X) | 28.2 | 14.1 | 15.4 | 14.9 |
| M&A Rank: 3 | P/B (X) | 2.6 | 3.4 | 3.2 | 3.0 |
| | ROE (%) | 11.4 | 25.5 | 21.7 | 20.9 |
| | DPS ($) | 0.96 | 0.96 | 0.96 | 0.96 |
| | Dividend yield (%) | 5.8 | 4.2 | 4.2 | 4.2 |
| | | **6/18** | **9/18E** | **12/18E** | **3/19E** |
| | EPS ($) | 0.31 | 0.22 | 0.32 | 0.37 |

Source: Company data, Goldman Sachs Research estimates, FactSet. Price as of 4 Oct 2018 close.

5 October 2018

8

This document is being provided for the exclusive use of ANDREW SMITH at VIRTU AMERICAS LLC

Goldman Sachs                                                                                      Virtu Financial Inc. (VIRT)

# Disclosure Appendix

## Reg AC

We, Alexander Blostein, CFA, Sheriq Sumar, CFA, Ryan Bailey, Daniel Jacoby and Aditya Sharma, hereby certify that all of the views expressed in this report accurately reflect our personal views about the subject company or companies and its or their securities. We also certify that no part of our compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

Unless otherwise stated, the individuals listed on the cover page of this report are analysts in Goldman Sachs' Global Investment Research division.

## GS Factor Profile

The Goldman Sachs Factor Profile provides investment context for a stock by comparing key attributes to the market (i.e. our coverage universe) and its sector peers. The four key attributes depicted are: Growth, Financial Returns, Multiple (e.g. valuation) and Integrated (a composite of Growth, Financial Returns and Multiple). Growth, Financial Returns and Multiple are calculated by using normalized ranks for specific metrics for each stock. The normalized ranks for the metrics are then averaged and converted into percentiles for the relevant attribute. The precise calculation of each metric may vary depending on the fiscal year, industry and region, but the standard approach is as follows:

**Growth** is based on a stock's forward-looking sales growth, EBITDA growth and EPS growth (for financial stocks, only EPS and sales growth), with a higher percentile indicating a higher growth company. **Financial Returns** is based on a stock's forward-looking ROE, ROCE and CROCI (for financial stocks, only ROE), with a higher percentile indicating a company with higher financial returns. **Multiple** is based on a stock's forward-looking P/E, P/B, price/dividend (P/D), EV/EBITDA, EV/FCF and EV/Debt Adjusted Cash Flow (DACF) (for financial stocks, only P/E, P/B and P/D), with a higher percentile indicating a stock trading at a higher multiple. The **Integrated** percentile is calculated as the average of the Growth percentile, Financial Returns percentile and (100% - Multiple percentile).

Financial Returns and Multiple use the Goldman Sachs analyst forecasts at the fiscal year-end at least three quarters in the future. Growth uses inputs for the fiscal year at least seven quarters in the future compared with the year at least three quarters in the future (on a per-share basis for all metrics).

For a more detailed description of how we calculate the GS Factor Profile, please contact your GS representative.

## M&A Rank

Across our global coverage, we examine stocks using an M&A framework, considering both qualitative factors and quantitative factors (which may vary across sectors and regions) to incorporate the potential that certain companies could be acquired. We then assign a M&A rank as a means of scoring companies under our rated coverage from 1 to 3, with 1 representing high (30%-50%) probability of the company becoming an acquisition target, 2 representing medium (15%-30%) probability and 3 representing low (0%-15%) probability. For companies ranked 1 or 2, in line with our standard departmental guidelines we incorporate an M&A component into our target price. M&A rank of 3 is considered immaterial and therefore does not factor into our price target, and may or may not be discussed in research.

## Quantum

Quantum is Goldman Sachs' proprietary database providing access to detailed financial statement histories, forecasts and ratios. It can be used for in-depth analysis of a single company, or to make comparisons between companies in different sectors and markets.

## GS SUSTAIN

GS SUSTAIN is a global investment strategy focused on the generation of long-term alpha through identifying high quality industry leaders. The GS SUSTAIN 50 list includes leaders we believe to be well positioned to deliver long-term outperformance through superior returns on capital, sustainable competitive advantage and effective management of ESG risks vs. global industry peers. Candidates are selected largely on a combination of quantifiable analysis of these three aspects of corporate performance.

## Disclosures

### Coverage group(s) of stocks by primary analyst(s)

Alexander Blostein, CFA: America-Alternative Asset Managers, America-Brokers, America-Market Structure, America-Traditional Asset Managers, America-Trust Banks.

America-Alternative Asset Managers: Apollo Global Management LLC, Ares Management LP, Blackstone Group, Carlyle Group, Hamilton Lane Inc., KKR & Co., Oaktree Capital Group, Och-Ziff Capital Management Group.

America-Brokers: Focus Financial Partners.

America-Market Structure: Cboe Global Markets Inc., CME Group, IntercontinentalExchange Inc., Nasdaq Inc., Virtu Financial Inc..

America-Traditional Asset Managers: Affiliated Managers Group, AllianceBernstein Holding, Ameriprise Financial Inc., Artisan Partners Asset, BlackRock Inc., Franklin Resources Inc., Invesco Ltd., Janus Henderson Group, Janus Henderson Group, T. Rowe Price Group, Victory Capital Holdings, Virtus Investment Partners, WisdomTree Investments Inc..

America-Trust Banks: Bank of New York Mellon Corp., Northern Trust Corp., State Street Corp..

### Company-specific regulatory disclosures

The following disclosures relate to relationships between The Goldman Sachs Group, Inc. (with its affiliates, "Goldman Sachs") and companies covered by the Global Investment Research Division of Goldman Sachs and referred to in this research.

Goldman Sachs expects to receive or intends to seek compensation for investment banking services in the next 3 months: Virtu Financial Inc. ($22.75)

Goldman Sachs had a non-investment banking securities-related services client relationship during the past 12 months with: Virtu Financial Inc. ($22.75)

Goldman Sachs had a non-securities services client relationship during the past 12 months with: Virtu Financial Inc. ($22.75)

Goldman Sachs makes a market in the securities or derivatives thereof: Virtu Financial Inc. ($22.75)

This document is being provided for the exclusive use of ANDREW SMITH at VIRTU AMERICAS LLC

## Distribution of ratings/investment banking relationships

Goldman Sachs Investment Research global Equity coverage universe

|  | Rating Distribution | | | | Investment Banking Relationships | | |
|  | Buy | Hold | Sell | | Buy | Hold | Sell |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Global | 35% | 53% | 12% | | 63% | 56% | 51% |

As of July 1, 2018, Goldman Sachs Global Investment Research had investment ratings on 2,851 equity securities. Goldman Sachs assigns stocks as Buys and Sells on various regional Investment Lists; stocks not so assigned are deemed Neutral. Such assignments equate to Buy, Hold and Sell for the purposes of the above disclosure required by the FINRA Rules. See 'Ratings, Coverage groups and views and related definitions' below. The Investment Banking Relationships chart reflects the percentage of subject companies within each rating category for whom Goldman Sachs has provided investment banking services within the previous twelve months.

## Price target and rating history chart(s)



## Regulatory disclosures

### Disclosures required by United States laws and regulations

See company-specific regulatory disclosures above for any of the following disclosures required as to companies referred to in this report: manager or co-manager in a pending transaction; 1% or other ownership; compensation for certain services; types of client relationships; managed/co-managed public offerings in prior periods; directorships; for equity securities, market making and/or specialist role. Goldman Sachs trades or may trade as a principal in debt securities (or in related derivatives) of issuers discussed in this report.

The following are additional required disclosures: **Ownership and material conflicts of interest:** Goldman Sachs policy prohibits its analysts, professionals reporting to analysts and members of their households from owning securities of any company in the analyst's area of coverage. **Analyst compensation:** Analysts are paid in part based on the profitability of Goldman Sachs, which includes investment banking revenues. **Analyst as officer or director:** Goldman Sachs policy generally prohibits its analysts, persons reporting to analysts or members of their households from serving as an officer, director or advisor of any company in the analyst's area of coverage. **Non-U.S. Analysts:** Non-U.S. analysts may not be associated persons of Goldman Sachs & Co. LLC and therefore may not be subject to FINRA Rule 2241 or FINRA Rule 2242 restrictions on communications with subject company, public appearances and trading securities held by the analysts.

**Distribution of ratings:** See the distribution of ratings disclosure above. **Price chart:** See the price chart, with changes of ratings and price targets in prior periods, above, or, if electronic format or if with respect to multiple companies which are the subject of this report, on the Goldman Sachs website at http://www.gs.com/research/hedge.html.

### Additional disclosures required under the laws and regulations of jurisdictions other than the United States

The following disclosures are those required by the jurisdiction indicated, except to the extent already made above pursuant to United States laws and regulations. **Australia:** Goldman Sachs Australia Pty Ltd and its affiliates are not authorised deposit-taking institutions (as that term is defined in the Banking Act 1959 (Cth)) in Australia and do not provide banking services, nor carry on a banking business, in Australia. This research, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act, unless otherwise agreed by Goldman Sachs. In producing research reports, members of the Global Investment Research Division of Goldman Sachs Australia may attend site visits and other meetings hosted by the companies and other entities which are the subject of its research reports. In some instances the costs of such site visits or meetings may be met in part or in whole by the issuers concerned if Goldman Sachs Australia considers it is appropriate and reasonable in the specific circumstances relating to the site visit or meeting. To the extent that the contents of this document contains any financial product advice, it is general advice only and has been prepared by Goldman Sachs without taking into account a client's objectives, financial situation or needs. A client should, before acting on any such advice, consider the appropriateness of the advice having regard to the client's own objectives, financial situation and needs. **Brazil:** Disclosure information in relation to CVM Instruction 483 is available at http://www.gs.com/worldwide/brazil/area/gir/index.html. Where applicable, the Brazil-registered analyst primarily responsible for the content of this research report, as defined in Article 16 of CVM Instruction 483, is the first author named at the beginning of this report, unless indicated otherwise at the end of the text. **Canada:** Goldman Sachs Canada Inc. is an affiliate of The Goldman Sachs Group Inc. and therefore is included in the company specific disclosures relating to Goldman Sachs (as defined above). Goldman Sachs Canada Inc. has approved of, and agreed to take responsibility for, this research report in Canada if and to the extent that Goldman Sachs Canada Inc. disseminates this research report to its clients. **Hong Kong:** Further information on the securities of covered companies referred to in this research may be obtained on request from Goldman Sachs (Asia) L.L.C. **India:** Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (India) Securities Private Limited, Research Analyst - SEBI Registration Number INH000001493, 951-A, Rational House, Appasaheb Marathe Marg, Prabhadevi, Mumbai 400 025, India, Corporate Identity Number

This document is being provided for the exclusive use of ANDREW SMITH at VIRTU AMERICAS LLC

U74140MH2006FTC160634, Phone +91 22 6616 9000, Fax +91 22 6616 9001. Goldman Sachs may beneficially own 1% or more of the securities (as such term is defined in clause 2 (h) the Indian Securities Contracts (Regulation) Act, 1956) of the subject company or companies referred to in this research report. **Japan:** See below. **Korea:** Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (Asia) L.L.C., Seoul Branch. **New Zealand:** Goldman Sachs New Zealand Limited and its affiliates are neither "registered banks" nor "deposit takers" (as defined in the Reserve Bank of New Zealand Act 1989) in New Zealand. This research, and any access to it, is intended for "wholesale clients" (as defined in the Financial Advisers Act 2008) unless otherwise agreed by Goldman Sachs. **Russia:** Research reports distributed in the Russian Federation are not advertising as defined in the Russian legislation, but are information and analysis not having product promotion as their main purpose and do not provide appraisal within the meaning of the Russian legislation on appraisal activity. **Singapore:** Further information on the covered companies referred to in this research may be obtained from Goldman Sachs (Singapore) Pte. (Company Number: 198602165W). **Taiwan:** This material is for reference only and must not be reprinted without permission. Investors should carefully consider their own investment risk. Investment results are the responsibility of the individual investor. **United Kingdom:** Persons who would be categorized as retail clients in the United Kingdom, as such term is defined in the rules of the Financial Conduct Authority, should read this research in conjunction with prior Goldman Sachs research on the covered companies referred to herein and should refer to the risk warnings that have been sent to them by Goldman Sachs International. A copy of these risks warnings, and a glossary of certain financial terms used in this report, are available from Goldman Sachs International on request.

**European Union:** Disclosure information in relation to Article 4 (1) (d) and Article 6 (2) of the European Commission Directive 2003/125/EC is available at http://www.gs.com/disclosures/europeanpolicy.html which states the European Policy for Managing Conflicts of Interest in Connection with Investment Research.

**Japan:** Goldman Sachs Japan Co., Ltd. is a Financial Instrument Dealer registered with the Kanto Financial Bureau under registration number Kinsho 69, and a member of Japan Securities Dealers Association, Financial Futures Association of Japan and Type II Financial Instruments Firms Association. Sales and purchase of equities are subject to commission pre-determined with clients plus consumption tax. See company-specific disclosures as to any applicable disclosures required by Japanese stock exchanges, the Japanese Securities Dealers Association or the Japanese Securities Finance Company.

## Ratings, coverage groups and views and related definitions

**Buy (B), Neutral (N), Sell (S) -**Analysts recommend stocks as Buys or Sells for inclusion on various regional Investment Lists. Being assigned a Buy or Sell on an Investment List is determined by a stock's total return potential relative to its coverage. Any stock not assigned as a Buy or a Sell on an Investment List with an active rating (i.e., a stock that is not Rating Suspended, Not Rated, Coverage Suspended or Not Covered), is deemed Neutral. Each regional Investment Review Committee manages various regional Investment Lists to a global guideline of 25%-35% of stocks as Buy and 10%-15% of stocks as Sell; however, the distribution of Buys and Sells in any particular analyst's coverage group may vary as determined by the regional Investment Review Committee. Additionally, each Investment Review Committee manages Regional Conviction lists, which represent investment recommendations focused on the size of the total return potential and/or the likelihood of the realization of the return across their respective areas of coverage. The addition or removal of stocks from such Conviction lists do not represent a change in the analysts' investment rating for such stocks.

**Total return potential** represents the upside or downside differential between the current share price and the price target, including all paid or anticipated dividends, expected during the time horizon associated with the price target. Price targets are required for all covered stocks. The total return potential, price target and associated time horizon are stated in each report adding or reiterating an Investment List membership.

**Coverage groups and views:** A list of all stocks in each coverage group is available by primary analyst, stock and coverage group at http://www.gs.com/research/hedge.html. The analyst assigns one of the following coverage views which represents the analyst's investment outlook on the coverage group relative to the group's historical fundamentals and/or valuation. **Attractive (A).** The investment outlook over the following 12 months is favorable relative to the coverage group's historical fundamentals and/or valuation. **Neutral (N).** The investment outlook over the following 12 months is neutral relative to the coverage group's historical fundamentals and/or valuation. **Cautious (C).** The investment outlook over the following 12 months is unfavorable relative to the coverage group's historical fundamentals and/or valuation.

**Not Rated (NR).** The investment rating and target price have been removed pursuant to Goldman Sachs policy when Goldman Sachs is acting in an advisory capacity in a merger or strategic transaction involving this company and in certain other circumstances. **Rating Suspended (RS).** Goldman Sachs Research has suspended the investment rating and price target for this stock, because there is not a sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, an investment rating or target. The previous investment rating and price target, if any, are no longer in effect for this stock and should not be relied upon. **Coverage Suspended (CS).** Goldman Sachs has suspended coverage of this company. **Not Covered (NC).** Goldman Sachs does not cover this company. **Not Available or Not Applicable (NA).** The information is not available for display or is not applicable. **Not Meaningful (NM).** The information is not meaningful and is therefore excluded.

## Global product; distributing entities

The Global Investment Research Division of Goldman Sachs produces and distributes research products for clients of Goldman Sachs on a global basis. Analysts based in Goldman Sachs offices around the world produce equity research on industries and companies, and research on macroeconomics, currencies, commodities and portfolio strategy. This research is disseminated in Australia by Goldman Sachs Australia Pty Ltd (ABN 21 006 797 897); in Brazil by Goldman Sachs do Brasil Corretora de Títulos e Valores Mobiliários S.A.; Ombudsman Goldman Sachs Brazil: 0800 727 5764 and / or ouvidoriagoldmansachs@gs.com. Available Weekdays (except holidays), from 9am to 6pm. Ouvidoria Goldman Sachs Brasil: 0800 727 5764 e/ou ouvidoriagoldmansachs@gs.com. Horário de funcionamento: segunda-feira à sexta-feira (exceto feriados), das 9h às 18h; in Canada by either Goldman Sachs Canada Inc. or Goldman Sachs & Co. LLC; in Hong Kong by Goldman Sachs (Asia) L.L.C.; in India by Goldman Sachs (India) Securities Private Ltd.; in Japan by Goldman Sachs Japan Co., Ltd.; in the Republic of Korea by Goldman Sachs (Asia) L.L.C., Seoul Branch; in New Zealand by Goldman Sachs New Zealand Limited; in Russia by OOO Goldman Sachs; in Singapore by Goldman Sachs (Singapore) Pte. (Company Number: 198602165W); and in the United States of America by Goldman Sachs & Co. LLC. Goldman Sachs International has approved this research in connection with its distribution in the United Kingdom and European Union.

**European Union:** Goldman Sachs International authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority, has approved this research in connection with its distribution in the European Union and United Kingdom; Goldman Sachs AG and Goldman Sachs International Zweigniederlassung Frankfurt, regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht, may also distribute research in Germany.

## General disclosures

This research is for our clients only. Other than disclosures relating to Goldman Sachs, this research is based on current public information that we consider reliable, but we do not represent it is accurate or complete, and it should not be relied on as such. The information, opinions, estimates and forecasts contained herein are as of the date hereof and are subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Other than certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgment.

This document is being provided for the exclusive use of ANDREW SMITH at VIRTU AMERICAS LLC

Goldman Sachs                                                                                    Virtu Financial Inc. (VIRT)

Goldman Sachs conducts a global full-service, integrated investment banking, investment management, and brokerage business. We have investment banking and other business relationships with a substantial percentage of the companies covered by our Global Investment Research Division. Goldman Sachs & Co. LLC, the United States broker dealer, is a member of SIPC (http://www.sipc.org).

Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients and principal trading desks that reflect opinions that are contrary to the opinions expressed in this research. Our asset management area, principal trading desks and investing businesses may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

The analysts named in this report may have from time to time discussed with our clients, including Goldman Sachs salespersons and traders, or may discuss in this report, trading strategies that reference catalysts or events that may have a near-term impact on the market price of the equity securities discussed in this report, which impact may be directionally counter to the analyst's published price target expectations for such stocks. Any such trading strategies are distinct from and do not affect the analyst's fundamental equity rating for such stocks, which rating reflects a stock's return potential relative to its coverage group as described herein.

We and our affiliates, officers, directors, and employees, excluding equity and credit analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives, if any, referred to in this research.

The views attributed to third party presenters at Goldman Sachs arranged conferences, including individuals from other parts of Goldman Sachs, do not necessarily reflect those of Global Investment Research and are not an official view of Goldman Sachs.

Any third party referenced herein, including any salespeople, traders and other professionals or members of their household, may have positions in the products mentioned that are inconsistent with the views expressed by analysts named in this report.

This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should consider whether any advice or recommendation in this research is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The price and value of investments referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

Certain transactions, including those involving futures, options, and other derivatives, give rise to substantial risk and are not suitable for all investors. Investors should review current options disclosure documents which are available from Goldman Sachs sales representatives or at http://www.theocc.com/about/publications/character-risks.jsp. Transaction costs may be significant in option strategies calling for multiple purchase and sales of options such as spreads. Supporting documentation will be supplied upon request.

**Differing Levels of Service provided by Global Investment Research:** The level and types of services provided to you by the Global Investment Research division of GS may vary as compared to that provided to internal and other external clients of GS, depending on various factors including your individual preferences as to the frequency and manner of receiving communication, your risk profile and investment focus and perspective (e.g., marketwide, sector specific, long term, short term), the size and scope of your overall client relationship with GS, and legal and regulatory constraints. As an example, certain clients may request to receive notifications when research on specific securities is published, and certain clients may request that specific data underlying analysts' fundamental analysis available on our internal client websites be delivered to them electronically through data feeds or otherwise. No change to an analyst's fundamental research views (e.g., ratings, price targets, or material changes to earnings estimates for equity securities), will be communicated to any client prior to inclusion of such information in a research report broadly disseminated through electronic publication to our internal client websites or through other means, as necessary, to all clients who are entitled to receive such reports.

All research reports are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Not all research content is redistributed to our clients or available to third-party aggregators, nor is Goldman Sachs responsible for the redistribution of our research by third party aggregators. For research, models or other data related to one or more securities, markets or asset classes (including related services) that may be available to you, please contact your GS representative or go to http://360.gs.com.

Disclosure information is also available at http://www.gs.com/research/hedge.html or from Research Compliance, 200 West Street, New York, NY 10282.

© 2018 Goldman Sachs.

**No part of this material may be (i) copied, photocopied or duplicated in any form by any means or (ii) redistributed without the prior written consent of The Goldman Sachs Group, Inc.**

This document is being provided for the exclusive use of ANDREW SMITH at VIRTU AMERICAS LLC