# Exhibit AA

Virtu Falls After Reporting Settlement Talks Over SEC Probe

Bloomberg Law News 2025-06-05T13:43:05661691564-04:00

# Virtu Falls After Reporting Settlement Talks Over SEC Probe

By Austin Weinstein2023-04-28T18:52:32791-04:00

- Market maker says if talks fail, the regulator would sue
- CEO Doug Cifu has emerged as one of SEC head's top critics

Virtu Financial Inc. shares fell 2.7% in extended trading after the firm said it was in settlement talks with the Securities and Exchange Commission regarding a probe into whether employees could access off-limits trading data.

The New York-based wholesale brokerage said in an earnings filing Friday that if settlement talks fail, it might receive a Wells notice, which is the first step the regulator takes before suing a company.

The firm had disclosed the probe's existence in February. Firms that both make trades on behalf of clients and make markets themselves often segregate parts of each activity's information.

The SEC didn't immediately reply to a request for comment.

If the agency sues Virtu, the company said it would fight the allegations.

The probe focuses on whether there were possible weaknesses in the firm's back-office systems that theoretically could allow certain users access to post-trade data greater than what the firm said its policies allowed, a company spokesman said in a statement to Bloomberg News.

"We have no reason to believe and have found no evidence that anyone ever made any improper use of any client information," the spokesman wrote. "Doing so is strictly forbidden under our policies."

The disclosure comes right as the market maker is fighting the regulator's sweeping market structure reform. Virtu CEO Doug Cifu has sharply criticized SEC Chair **Gary Gensler** for the plan, which would upend how stock trades are made and disrupt a major part of the firm's business model.

To contact the reporter on this story:
**Austin Weinstein** in Washington at aweinstein18@bloomberg.net



© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Virtu Falls After Reporting Settlement Talks Over SEC Probe

To contact the editors responsible for this story:
Ben Bain at bbain2@bloomberg.net

Stephanie Stoughton

© 2023 Bloomberg L.P. All rights reserved. Used with permission.

**Bloomberg Law®**

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Virtu Falls After Reporting Settlement Talks Over SEC Probe

## Related Articles

Virtu Sues SEC to Get More Details on Market-Structure Overhaul

Virtu CEO Criticizes SEC Efforts to Overhaul Stock-Trading Rules



© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service