# Exhibit BB

# PIPER | SANDLER

## Virtu Financial, Inc. (VIRT)

### Understanding Disclosures In Recent 10-Q

## Overweight

## CONCLUSION

**A look at VIRT's recent disclosures about SEC investigation.** VIRT's stock is down 15%+ since Friday, April 28 and has fallen every day this week. While volatility & trading volumes are down across asset classes, we suspect the decline is due to a disclosure in VIRT's 1Q23 10-Q filing (on Friday, April 28) "warning" of a potential Wells notice from the SEC. The SEC investigation focuses on certain of aspects of VIRT's information access barriers from January 2018 to April 2019. The actual text from VIRT's 10-Q about the investigation is included in the body of this note.

**We'd highlight the following points in regards to VIRT's disclosures:**

- **The investigation covers a period before VIRT acquired ITG.** The investigation covers a period spanning from January 2018 to April 2019, effectively pre-dating VIRT's acquisition of ITG (which occurred on March 31, 2019) and its data analytics franchise.

- **The investigation appears to focus on VIRT's internal access controls ONLY & not on violations of anyone using the information.** According to a statement obtained by Bloomberg news from a VIRT spokesman, "The probe focuses on whether there were possible weaknesses in the firm's back-office systems that theoretically could allow certain users access to post-trade data greater than what the firm said its policies allowed." A company spokesman also said in a statement to the Wall Street Journal that, "the investigation primarily focused on an access controls weakness in one of our internal back office systems containing post trade information that theoretically could allow certain system users access greater than what was intended by our policies". We are not aware from the disclosures of any actual use of the information or data being investigated by SEC.

- **Making a distinction of cases where firms intentionally violated and USED "confidential information".** In an actual case where information access barriers were violated and USED for trading purposes, the SEC fined ITG $20.3 million in December 2015 not only because information disseminated related to the dark pool occurred but also because ITG operated an undisclosed proprietary trading desk which USED the confidential information.

- **Here is the text from section 1.4 Legal and Regulatory Proceeds from VIRT's 1Q23 10-Q:** "...the Company has been responding to requests for information from the U.S. Securities and Exchange Commission in connection with an investigation of aspects of the Company's information access barriers. The Company is cooperating with this civil investigation and has engaged in settlement discussions in respect of the matter. In the absence of a settlement, the Company currently believes it may receive a Wells Notice from the SEC. The proposed action would be expected to allege violations of federal securities laws with respect to the Company's information barriers policies and procedures for a specified time period in and around January 2018 to April 2019 and related statements made by the Company during such period. The Company believes it would have meritorious defenses in the event of such an action and would plan to assert them."

## COMPANY DESCRIPTION

Virtu is an electronic market maker & liquidity provider.

**PRICE: US$17.14**
**TARGET: US$26.00**
~10x our 2023 EPS estimate

**Richard Repetto, CFA**
Managing Director, Piper Sandler & Co.
212 466-7906, Richard.Repetto@psc.com

**Patrick Moley, CFA**
Research Analyst, Piper Sandler & Co.
312 281-3415, Patrick.Moley@psc.com

### RISKS TO ACHIEVEMENT OF PT & RECOMMENDATION

VIRT is highly sensitive to volatility and trading activity, faces strong competition in the market making space, and operates in the highly monitored/regulated financial markets.

**Price Performance - 1 Year**



*Source: Bloomberg*

Piper Sandler does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decisions. This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst Certification, found on pages 2 - 3 of this report or at the following site: http://www.pipersandler.com/researchdisclosures.

**PIPER | SANDLER**

## IMPORTANT RESEARCH DISCLOSURES



Notes: The boxes on the Rating and Price Target History chart above indicate the date of the fundamental Equity Research Note, the rating and the price target. Each box represents a date on which an analyst made a change to a rating or price target, except for the first box, which may only represent the first Note written during the past three years.

Legend:
I: Initiating Coverage
R: Resuming Coverage
T: Transferring Coverage
D: Discontinuing Coverage
S: Suspending Coverage
OW: Overweight
N: Neutral
UW: Underweight
NA: Not Available
UR: Under Review

| | Distribution of Ratings/IB Services | | | |
| | Piper Sandler | | | |
| | | | IB Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
|---|---|---|---|---|
| BUY [OW] | 588 | 60.56 | 152 | 25.85 |
| HOLD [N] | 340 | 35.02 | 52 | 15.29 |
| SELL [UW] | 43 | 4.43 | 0 | 0.00 |

Note: Distribution of Ratings/IB Services shows the number of companies currently covered by fundamental equity research in each rating category from which Piper Sandler and its affiliates received compensation for investment banking services within the past 12 months. FINRA rules require disclosure of which ratings most closely correspond with "buy," "hold," and "sell" recommendations. Piper Sandler ratings are not the equivalent of buy, hold or sell, but instead represent recommended relative weightings. Nevertheless, Overweight corresponds most closely with buy, Neutral with hold and Underweight with sell. See Stock Rating definitions below.

### Analyst Certification

The analyst Richard Repetto, CFA, primarily responsible for the preparation of this research report, attests to the following:

The views expressed in this report accurately reflect my personal views about the subject company and the subject security. In addition, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this report.

Piper Sandler research analysts receive compensation that is based, in part, on overall firm revenues, which include investment banking revenues.

Time of dissemination: 4 May 2023 15:55EDT.

**PIPER|SANDLER**

HOLD COMMENT

4 May 2023

---

### Research Disclosures

Piper Sandler was a registered market maker in the securities of Virtu Financial, Inc. at the time this research report was published.

Affiliate disclosures: Piper Sandler is the trade name and registered trademark under which the corporate and investment banking products and services of Piper Sandler Companies and its subsidiaries Piper Sandler & Co. and Piper Sandler Ltd. are marketed. This report has been prepared by Piper Sandler & Co. and/or its affiliate Piper Sandler Ltd. Piper Sandler & Co. is regulated by FINRA, NYSE and the United States Securities and Exchange Commission, and its headquarters are located at 800 Nicollet Mall, Minneapolis, MN 55402. Piper Sandler Ltd. is authorised and regulated by the Financial Conduct Authority, and is located at 6th Floor, 2 Gresham Street, London EC2V 7AD. Disclosures in this section and in the Other Important Information section referencing Piper Sandler include all affiliated entities unless otherwise specified.

### Rating Definitions

Stock Ratings: Piper Sandler fundamental research ratings are indicators of expected total return (price appreciation plus dividend) within the next 12 months. At times analysts may specify a different investment horizon or may include additional investment time horizons for specific stocks. Stock performance is measured relative to the group of stocks covered by each analyst. Lists of the stocks covered by each are available at www.pipersandler.com/researchdisclosures. Stock ratings and/or stock coverage may be suspended from time to time in the event that there is no active analyst opinion or analyst coverage, but the opinion or coverage is expected to resume. Research reports and ratings should not be relied upon as individual investment advice. As always, an investor's decision to buy or sell a security must depend on individual circumstances, including existing holdings, time horizons and risk tolerance. Piper Sandler sales and trading personnel may provide written or oral commentary, trade ideas, or other information about a particular stock to clients or internal trading desks reflecting different opinions than those expressed by the research analyst. In addition, Piper Sandler offers technical research products that are based on different methodologies, may contradict the opinions contained in fundamental research reports, and could impact the price of the subject security. Recommendations based on technical analysis are intended for the professional trader, while fundamental opinions are typically suited for the longer-term institutional investor.

**Overweight (OW):** Anticipated to outperform relative to the median of the group of stocks covered by the analyst.

**Neutral (N):** Anticipated to perform in line relative to the median of the group of stocks covered by the analyst.

**Underweight (UW):** Anticipated to underperform relative to the median of the group of stocks covered by the analyst.

### Other Important Information

The material regarding the subject company is based on data obtained from sources we deem to be reliable; it is not guaranteed as to accuracy and does not purport to be complete. This report is solely for informational purposes and is not intended to be used as the primary basis of investment decisions. Piper Sandler has not assessed the suitability of the subject company for any person. Because of individual client requirements, it is not, and it should not be construed as, advice designed to meet the particular investment needs of any investor. This report is not an offer or the solicitation of an offer to sell or buy any security. Unless otherwise noted, the price of a security mentioned in this report is the most recently available closing market price. Piper Sandler does not maintain a predetermined schedule for publication of research and will not necessarily update this report. Piper Sandler policy generally prohibits research analysts from sending draft research reports to subject companies; however, it should be presumed that the fundamental equity analyst(s) who authored this report has had discussions with the subject company to ensure factual accuracy prior to publication, and has had assistance from the company in conducting diligence, including visits to company sites and meetings with company management and other representatives. Notice to customers: This material is not directed to, or intended for distribution to or use by, any person or entity if Piper Sandler is prohibited or restricted by any legislation or regulation in any jurisdiction from making it available to such person or entity. Customers in any of the jurisdictions where Piper Sandler and its affiliates do business who wish to effect a transaction in the securities discussed in this report should contact their local Piper Sandler representative, or as otherwise noted below. Canada: Piper Sandler & Co. is not registered as a dealer in Canada and relies on the "international dealer exemption" set forth in National Instrument 31-103 – Registration Requirements, Exemptions and Ongoing Registrant Obligations of the Canadian Securities Administrators. This research report has not been prepared in accordance with the disclosure requirements of Dealer Member Rule 3400 – Research Restrictions and Disclosure Requirements of the Investment Industry Regulatory Organization of Canada. Europe: This material is for the use of intended recipients only and only for distribution to professional and institutional investors, i.e., persons who are authorised persons or exempted persons within the meaning of the Financial Services and Markets Act 2000 of the United Kingdom, or persons who have been categorised by Piper Sandler Ltd. as professional clients under the rules of the Financial Conduct Authority. United States: This report is distributed in the United States by Piper Sandler & Co., member SIPC, FINRA and NYSE, Inc., which accepts responsibility for its contents. The securities described in this report may not have been registered under the U.S. Securities Act of 1933 and, in such case, may not be offered or sold in the United States or to U.S. persons unless they have been so registered, or an exemption from the registration requirements is available.This report is produced for the use of Piper Sandler customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Piper Sandler & Co. Additional information is available upon request. Copyright 2023 Piper Sandler. All rights reserved.

---