# EXHIBIT A

Alison:

We are surprised to learn this 36 days after lead plaintiff filed its reply brief with the Court. We intend to formally oppose defendants' request to seek leave to file a sur-reply.

To that end, we assume you will be complying with Judge Garaufis' Individual Rules in full for motion papers/memoranda, including: (1) IV.C's prohibition against letter motions; (2) IV.B.(1)'s bundling requirement, including that "no motion papers shall be filed until the motion has been fully briefed"; and (3) IV.B.(3)'s requirement that "No party is to serve any motion papers prior to obtaining court approval for the schedule."

Please let us know when you will send a draft scheduling stipulation on the motion for leave to amend for our review.

Thanks,
Rob


**Robert D. Gerson**



58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100

    

---

**From:** Benedon, Alison R. <abenedon@paulweiss.com>
**Sent:** Friday, May 1, 2026 11:01 AM
**To:** David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Gerson <RGerson@rgrdlaw.com>; Magdalene Economou <MEconomou@rgrdlaw.com>
**Cc:** Audra J. Soloway <asoloway@paulweiss.com>; Gordon, Andrew <agordon@paulweiss.com>; Madden, Kevin <kmadden@paulweiss.com>
**Subject:** In re Virtu Financial, No. 1:23-cv-03770-NGG-CHK (E.D.N.Y.)

EXTERNAL SENDER
Counsel:

We intend to seek leave to file a sur-reply to respond to Plaintiff's arguments and evidence on price impact raised for the first time in reply to the motion for class certification.  Please let us know your

position on the motion by close of business.

Thank you,
Alison

**Alison R Benedon** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 2009 (Direct Phone) | +1 201 966 4057 (Cell)
abenedon@paulweiss.com | www.paulweiss.com
*Pronouns: She/Her*

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.